

ORIGINAL

1  **STEVE D. LARSON** (*pro hac vice* pending*)*
   Email: slarson@stollberne.com
2  **JENNIFER S. WAGNER** (*pro hac vice* pending*)*
   Email: jwagner@stollberne.com
3  STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
   209 S.W. Oak Street, Fifth Floor
4  Portland, Oregon 97204
   Telephone:    (503) 227-1600
5  Facsimile:    (503) 227-6840

6  **ROBERT S. GREEN**, State Bar No. 136183
   Email: rsg@classcounsel.com
7  GREEN WELLING LLP
   Green Welling LLP
8  595 Market Street, Suite 2750
   San Francisco, CA  94105
9  Telephone:    (415) 477-6700
   Facsimile:    (415) 477-6710

10
   **Attorneys for Plaintiff Charles Clausen**
11

12

13

14
                    IN THE UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17
   In re: Chase Bank USA, N.A. "Check              Case No. M:09-cv-02032-MMC
18 Loan" Contract Litigation
                                                   **APPLICATION FOR
19                                                 ADMISSION OF ATTORNEY
                                                   JENNIFER S. WAGNER
20                                                 PRO HAC VICE**

21

22        Pursuant to Civil Local Rule 11-3, Jennifer S. Wagner, an active member in good

23 standing of the bar of Oregon and of the United States District Court for the District of Oregon,

24 hereby applies for admission to practice in the Northern District of California on a *pro hac vice*

25 basis representing Plaintiff Charles Clausen in the above-entitled action.

26

{SSBLS Main Documents\7921\001\00213868-1}

PAGE 1 - **APPLICATION FOR ADMISSION OF ATTORNEY JENNIFER S. WAGNER**
         *PRO HAC VICE*

1    In support of this application, I certify on oath that:

2    1.    I am an active member in good standing of a United States Court or of the highest

3          court of another State or the District of Columbia, as indicated above;

4    2.    I agree to abide by the Standards of Professional Conduct set forth in the Civil

5          Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing,

6          and to become familiar with the Local Rules and the Alternative Dispute

7          Resolution programs of this Court; and

8    3.    An attorney who is a member of the bar of this Court in good standing and who

9          maintains an office within the State of California has been designated as co-

10         counsel in the above-entitled action.  The name, address and telephone number of

11         that attorney is:

12         Robert S. Green
           GREEN WELLING LLP
13         Green Welling LLP
           595 Market Street, Suite 2750
14         San Francisco, CA 94105
           Telephone:    (415) 477-6700.

15    I declare under penalty of perjury that the foregoing is true and correct.

16

17    Dated: July ___, 2009                         _____
                                                     Jennifer S. Wagner
18

19

20

21

22

23

24

25

26

{SSBLS Main Documents\7921\001\00213868-1}

PAGE 2 - **APPLICATION FOR ADMISSION OF ATTORNEY JENNIFER S. WAGNER**
          ***PRO HAC VICE***

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840