# EXHIBIT A

# CHASE ◯

**You now have instant access to
a fast, flexible source of money.**

➡ For Chase Visa®
account ending in:

➡ Your credit line: $45,000

KFL

Dear

At Chase, we believe that valued cardmembers like you shouldn't have to apply for loans or wait for approval to access money you need today. That's why we're offering you a valuable feature of your Chase Visa® account — instant access to your $45,000 credit line — simply by writing one of the enclosed checks.

**The instant access feature can be faster, easier and more affordable than auto loans, personal loans, or even home equity loans.**

The instant access feature is also flexible. You have the option of two great rates to choose from depending on your needs. Simply choose check numbers                get a low promotional **1.99% fixed APR** until your April 2008 statement opening date.¹ Or, use check numbers                to get a low promotional **5.99% fixed APR** until the balance is paid off.¹ Either way, the instant access feature is a fast, easy way to get the money you need — and the terms you want.

**Compare your Chase Visa® to other loans.**

|  | Chase Visa® | Unsecured Personal Loan | Home Equity Loan | New Auto Loan |
|---|---|---|---|---|
| APR | 1.99% or 5.99% | 14.46% APR | 7.71% APR | 6.91% APR |
| Collateral Required | NO | No | Yes | Yes |
| Instant Access | YES | No | No | No |

Rates are national averages from Bankrate.com as of 7/5/2007. New car auto loan based on a 48-month payment term. Home equity loan based on $30,000 loan with a 60-month payment term. Unsecured personal loan based on a 24-month payment term. Instant Access means no prior loan approval is required. Consult your financial advisor regarding legal or tax advice for your specific circumstances.

**Forget about applications, collateral, or waiting for approval.** Simply choose the rate that works best for you and write a check for any amount up to your available credit.

Sincerely,

*Deb Walden*

Deb Walden
Executive Vice President, Customer Experience

P.S. Take advantage of this fast and simple opportunity to access the money you need at great rates today! For your convenience you can take advantage of this offer by using the enclosed checks, visiting www.chase.com/balancetransfer, or calling 1-800-945-2014.

P.P.S. If you are calling to request a balance transfer, in order to protect your privacy and expedite your request, you must call from your home telephone. Please have your credit card along with the following information available: complete name, address, account number and amount for each balance transfer.

¹IMPORTANT INFORMATION: A transaction fee of 3% (minimum $5; maximum $199) of the amount of the check applies for each check in this offer. Online and telephone balance transfer transaction fees may be different from the check transaction fee and will be disclosed when you make the request. Any APR for this offer is subject to the payment allocation and default terms described on the reverse side. If any APR in this offer ends after a limited duration, the APR on those transactions will adjust to the standard or default APR applicable to that transaction as determined by your Cardmember Agreement. Transactions from this offer that post after the void date disclosed or that are made payable to Chase, Bank One or First USA or one of our related banks or companies will be declined. In these disclosures, "we," "our," or "us" means Chase Bank One USA, National Association.
[Continued on reverse side]

# It Couldn't Be Easier to Use these Checks.

1. **Use them just like regular checks.** Simply choose your APR, then write checks to retailers, contractors, car dealers, or anyone else who accepts checks. If you deposit a check into your own bank account, please make sure your bank has made the funds available to you before accessing them.

   You may write checks in any amount up to your available credit. Make sure you also have enough credit available for any related transaction fees.

2. **Look for the transactions on your statement.** After you use a check, you'll see a payment for that amount on your next statement. Please note that using checks reduces your available credit and that balance transfers from any existing accounts with us or any of our related banks will not be accepted.

3. **Say goodbye to collateral and waiting for loan approval.**
   Access your money – and your choice of terms – right now.

---

† IMPORTANT INFORMATION (continued):

♦ **Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, or if we reasonably believe that you will be unable or unwilling to repay the balance or as described in your Cardmember Agreement), we may decline to process your transaction, in which case you will be notified.

♦ **Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

♦ **Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the posting date disclosed in this offer and your account must not be in default. Transactions that post after the posting date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Cardmember Agreement or any subsequent change in terms, or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Cardmember Agreement.

♦ **Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is overlimit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate and become effective as of the first day of the billing cycle in which the default occurs.

♦ **Grace Period:** A grace period will not apply to transactions from this offer.

♦ **Cardmember Agreement:** For further details about terms or conditions on your account, please refer to your Cardmember Agreement.

♦ **Other Items:** Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks used to access your account must be presented to us in paper form. If a check is presented to us electronically, we may not be able to accept it due to certain check processing rules we must adhere to. Other offers may supersede this offer.

# Make the comparison... and take advantage
## of these low rate checks now.

* Must post to your account by November 30, 2007 to get your promotional
  APR. Check void for all purposes after March 31, 2008.

999

Date

Pay to the
Order of                                                                            $

DOLLARS

Security features on this document include a security screen and micropfint signature line. Absence of these features will indicate a copy.

Payable through:
CBSI
Delaware, OH 43015
104-166-10/07

Memo                                                   Signature

---

* Must post to your account by November 30, 2007 to get your promotional
  APR. Check void for all purposes after March 31, 2008.

999

Date

Pay to the
Order of                                                                            $

DOLLARS

Security features on this document include a security screen and micropfint signature line. Absence of these features will indicate a copy.

Payable through:
CBSI
Delaware, OH 43015
104-166-10/07

Memo                                                   Signature

---

* Must post to your account by November 30, 2007 to get your promotional
  APR. Check void for all purposes after March 31, 2008.

999

Date

Pay to the
Order of                                                                            $

DOLLARS

Security features on this document include a security screen and micropfint signature line. Absence of these features will indicate a copy.

Payable through:
CBSI
Delaware, OH 43015
104-166-10/07

Memo                                                   Signature

**CHASE O**

# Write a check now. Pay it off later.

‖ıⅠⅼⅼ∥ıⅠⅼⅼⅼⅼ‖ⅼⅼⅼ∥‖ⅼⅼⅼⅼⅼⅼⅼⅼⅼ∥ⅼⅼⅼⅼⅼⅼⅼ‖ⅼⅼⅼ

Dear

Wouldn't it be nice if you could write a check now and pay it off later—just like a credit card? Because of the good credit on your Chase Visa® account ending in        now you can. We've attached checks you can write out for any amount up to the unused portion of your available credit.

Use the orange checks (              ) get a low promotional 0% fixed APR until your 04/2009 statement opening date.†

Or use the blue checks (              ) get a low promotional 3.99% fixed APR until the balance is paid off.† It's like giving yourself a fixed-rate loan with no application and no waiting around for approvals.

You can use these checks to transfer balances from other high interest rate cards. Or write a check to yourself and deposit it into your checking account. Just make sure you have enough available credit for the transaction(s), interest, and any related fees.

Now, whatever great opportunities come your way, you'll have the funds to take advantage.

Sincerely,

*Deb Walden*

Deb Walden
Executive Vice President, Customer Experience

P.S. Hurry, your checks must post to your account by 11/30/2008 to get these low promotional rates. So use the enclosed checks, go to www.chase.com/balancetransfer or call 1-800-945-2014.

## USE THESE CHECKS TO

- Take a vacation
- Make home renovations
- Cover educational expenses
- Purchase home furnishings
- Transfer high rate balances
- Do whatever you choose

---

### Here's how it works:

**Choose the low APR that's right for you.**

**0%**
fixed APR
until your 04/2009 statement opening date.†

**OR**

**3.99%**
fixed APR
until the balance is paid off.†

**Access your credit line**

up to **$45,000**

**Good to Know:**

A fee of 3% (minimum $5; maximum $199) applies to the amount of each transaction from this offer.

Your payments will be applied to lower rate balances before higher rate balances.

**How your actions can affect your account:**

To keep your promotional rate, make sure you don't:
- Pay late
- Go over limit
- Have a payment returned

**Transactions must post to your account by 11/30/2008 to get these low promotional rates.**

Transactions that post after the void date printed on the check stub, or are made payable to Chase or one of our related companies will be declined.

†IMPORTANT INFORMATION: See reverse side for additional important information.

**IMPORTANT INFORMATION (continued):**

- **How your payments are applied**
  Payments are first applied to balances with low APRs (such as promotional), then to higher APR balances, which may shorten the promotional period.

- **Promotional APR expiration**
  If the balance is not paid off by the end of the promotional period, the unpaid balance then is charged the standard or default APR that applies.

- **Reasons for automatic APR changes**
  Making late payments, being over limit on your account or making a payment to us that is not honored by your bank ends the promotional rate. Balances then are charged the default APR per your Cardmember Agreement.

- **Depositing a check**
  If you deposit a check into your bank account, please make sure your bank has made the funds available to you before accessing the funds.

- **Check your available credit**
  You may write the checks in any amount, up to the unused portion of your available credit. Simply make sure you have enough credit available for the transaction(s), interest, and any related fees.

- **Reasons we can decline a promotional check**
  1. Account is past due, over limit, or in default,
  or we believe you are unable to pay.
  2. Check posts after void date disclosed.
  3. Check is payable to Chase, Bank One or First USA or one of our related banks or companies.

- **Product type change**
  Offer is no longer valid if your account has been converted to any other product type.

- **Additional offer details**
  If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Only the checks that we issue you are valid. Checks that access your account must be presented to us in paper form, as we may not accept electronic checks. You may lose your right to dispute any disputed amounts that you pay. Other offers may supersede this offer. In these disclosures, "we," "our," or "us" means Chase Bank USA, National Association. Please refer to your Cardmember Agreement for further details.

- **Grace period**
  A grace period will not apply. Transactions begin to accrue interest the date that the transaction posts.

**Remember**
When calling to transfer a balance: In order to protect your privacy and expedite balance transfers made over the phone, we ask you to call from the telephone number associated with your account. Have your credit card and account number handy, and be prepared to give us your full name, address, and amount for each transfer.

## It's your choice.
## Use these checks however you want.

**Promotional**
# 0%
**fixed APR**
for a limited
time.

• Must post by
11/30/2008.
Check void after
03/31/2009.

| | |
|---|---|
| Date | 999. |
| Pay To The Order Of | $ 7,000.00 |
| Seven Thousand and 00/100 | DOLLARS |

**CHASE ○**
Payable Through:
Chase BankCard Services, Inc.
Delaware, OH 43015

Memo _____     Signature _____ MP

---

**Promotional**
# 0%
**fixed APR**
for a limited
time.

• Must post by
11/30/2008.
Check void after
03/31/2009.

| | |
|---|---|
| Date | 999 |
| Pay To The Order Of | $ |
| | DOLLARS |

**CHASE ○**
Payable Through:
Chase BankCard Services, Inc.
Delaware, OH 43015

Memo _____     Signature _____ MP

---

name, address, and amount for each transfer.

**Promotional**
# 3.99%
**fixed APR**
until the balance
is paid off.

• Must post by
11/30/2008.
Check void after
03/31/2009.

---

**Promotional**
# 3.99%
**fixed APR**
until the balance
is paid off.

• Must post by
11/30/2008.
Check void after
03/31/2009.

# CHASE ✪   Write a check now. Pay it off later.

Dear ,

Wouldn't it be nice if you could write a check now and pay it off later—just like a credit card? Because of the good credit on your Chase Visa® account ending in      now you can. We've attached checks you can write out for any amount up to the unused portion of your available credit.

Use the orange checks (          ) to get a low promotional 0% fixed APR until your 09/2008 statement opening date.¹

Or use the blue checks (          ) to get a low promotional 3.99% fixed APR until the balance is paid off.¹ It's like giving yourself a fixed-rate loan with no application and no waiting around for approvals.

You can use these checks to transfer balances from other high interest rate cards. Or write a check to yourself and deposit it into your checking account. Just make sure you have enough available credit for the balance transfer and any related transaction fees.

Now, whatever great opportunities come your way, you'll have the funds to take advantage.

Sincerely,

*Deb Walden*

Deb Walden
Executive Vice President, Customer Experience

P.S. Hurry, your checks must post to your account by 05/31/2008 to get these low promotional rates. So use the enclosed checks, go to www.chase.com/balancetransfer or call 1-800-945-2014.

---

## Here's how it works:

**Choose the low APR that's right for you.**

# 0% fixed APR
until your 09/2008 statement opening date.¹

**OR**

# 3.99% fixed APR
until the balance is paid off.¹

**Access your credit line**
Up to **$45,000.**

**USE THESE CHECKS TO:**
- Take a tropical vacation
- Get a new computer
- Spruce up the kitchen
- Make a down payment on a car
- Buy a new sofa
- Do almost anything!

---

| Good to know | • Transactions must post by 05/31/2008 to receive your low promotional rates.<br>• A fee of 3% (minimum $5; maximum $199) applies to the amount of each transaction.<br>• Interest begins to accrue from the date the transaction posts to your account.<br>• To keep your promotional APR, make sure you don't pay late, go over limit or have a payment returned.<br>• Your payments will be applied to lower APR balances before higher APR balances.<br>• Transactions that post after the void date or made payable to Chase or one of our related companies will be declined.<br>• See reverse side for additional important information. |
|---|---|

**IMPORTANT INFORMATION (continued):**

- **How your payments are applied**
  Payments are first applied to balances with low APRs (such as promotional), then to higher APR balances, which may shorten the promotional period.

- **Promotional APR expiration**
  If the balance is not paid off by the end of the promotional period, the unpaid balance then is charged the standard or default APR that applies.

- **Reasons for automatic APR changes**
  Making late payments, being over limit on your account or making a payment to us that is not honored by your bank ends the promotional rate. Balances then are charged the default APR per your Cardmember Agreement.

- **Depositing a check**
  If you deposit a check into your bank account, please make sure your bank has made the funds available to you before accessing the funds.

- **Check your available credit**
  You may write the checks in any amount, up to the unused portion of your available credit. Simply make sure you have enough credit available for the check and any related transaction fees.

- **Reasons we can decline a promotional check**
  1. Account is past due, over limit, or in default, or we believe you are unable to pay.
  2. Check posts after void date disclosed.
  3. Checks made payable to Chase, Bank One or First USA or one of our related banks or companies.

- **Product type change**
  Offer is no longer valid if your account has been converted to any other product type.

- **Additional offer details**
  Only the checks that we issue you are valid. Checks that access your account must be presented to us in paper form, as we may not accept electronic checks. You may lose your right to dispute any disputed amounts that you pay. Other offers may supersede this offer. In these disclosures, "we," "our," or "us" means Chase Bank USA, National Association. Please refer to your Cardmember Agreement for further details.

- **Grace period**
  A grace period will not apply. Transactions begin to accrue interest the date that the transaction posts.

**Remember**  When calling to transfer a balance: In order to protect your privacy and expedite balance transfers made over the phone, we ask you to call from the telephone number associated with your account. Have your credit card and account number handy, and be prepared to give us your full name, address, and amount for each transfer.

# It's your choice.
## Use these checks however you want.

• Must post to your account by 05/31/2008 to get your promotional APR.
  Check void for all purposes after 09/30/2008.

**Promotional**

**0%**

**fixed APR**

for up to
6 months when
this check
posts by
05/31/2008.

Date _____   999

Pay To The
Order Of _____   $ [        ]

_____ DOLLARS

Security features on this document include a security screen and microprint signature line. Absence of these features will indicate a copy.

Payable Through:
CBSI
Delaware, OH 43015
104-126-42/xx8

Memo _____   Signature _____

---

• Must post to your account by 05/31/2008 to get your promotional APR.
  Check void for all purposes after 09/30/2008.

**Promotional**

**0%**

**fixed APR**

for up to
6 months when
this check
posts by
05/31/2008.

Date _____   999   $

Pay To The
Order Of _____   $ [        ]

_____ DOLLARS

Security features on this document include a security screen and microprint signature line. Absence of these features will indicate a copy.

Payable Through:
CBSI
Delaware, OH 43015
104-17s-82/xx8

Memo _____   Signature _____

---

**3.99%**

**fixed**

**APR**

until the balance
is paid off
when this
check posts by
05/31/2008.

---

• Must post to your account by 05/31/2008 to get your promotional APR.
  Check void for all purposes after 09/30/2008.

**Promotional**

**3.99%**

**fixed**

**APR**

until the balance
is paid off
when this
check posts by
05/31/2008.

Date _____   999

Pay To The
Order Of _____   $ [        ]

_____ DOLLARS

Security features on this document include a security screen and microprint signature line. Absence of these features will indicate a copy.

Payable Through:
CBSI
Delaware, OH 43015..
104-126-84/xx8

Memo _____   Signature _____

# CHASE ◐

## Write a check now. Pay it off later.

Ilıılılılılıllılılılllılılılılılılılılıl

Dear ,

Wouldn't it be nice if you could write a check now and pay it off later — just like a credit card? Because of the good credit on your United Visa® account ending in now we can. We've attached checks you can write out for any amount up to the unused portion of your available credit.

Use check numbers to get a low promotional 0.99% fixed APR until your 04/2009 statement opening date.[†]

Or use check numbers to get a low promotional 5.99% fixed APR until the balance is paid off! It's like giving yourself a fixed-rate loan with no application and no waiting around for approvals.

This offer includes a fee of 3% of the amount of each transaction. This transaction fee has a $5 minimum and no maximum.

You can use these checks to transfer balances from other high interest rate cards. Or write a check to yourself and deposit it into your checking account. Just make sure you have enough available credit for the transaction(s), interest, and any related fees.

Now, whatever great opportunities come your way, you'll have the funds to take advantage.

Sincerely,

Deb Walden

Deb Walden
Executive Vice President, Customer Experience

P.S. Hurry, your checks must post to your account by 11/30/2008 to get these low promotional rates. For your convenience you can take advantage of this offer by using the enclosed checks, visiting www.chase.com/balancetransfer, or calling the telephone number located on the back of your credit card.

USE THESE CHECKS TO
- Take a tropical vacation
- Get a new computer
- Spruce up the kitchen
- Make a down payment on a car
- Buy a new couch
- Do whatever you choose

---

### Here's how it works:

### Choose the low APR that's right for you.

# 0.99%
**fixed APR**
until your 04/2009 statement opening date.[†]

# 5.99%
**fixed APR**
until the balance is paid off!

### Access your credit access line
Up to $13,500.

### Transactions must post to your account by 11/30/2008.

A fee of 3% (minimum $5, no maximum) applies to the amount of each transaction from this offer.

---

### How your actions can affect your account:

To keep your low promotional APR please make sure you don't:
- Pay late
- Go over limit
- Have a returned payment

---

### Good to Know:

When calling to transfer a balance: In order to protect your privacy and expedite balance transfers made over the phone, we ask you to call from the telephone number associated with your account. Have your account number handy, and be prepared to give us your full name, address, and amount for each transfer.

---

[†] IMPORTANT INFORMATION: The use of the attached check or draft will constitute a charge against your credit account. A fee of 3% (minimum $5, no maximum) applies to the amount of each transaction from this offer. Any APR for this offer is subject to the payment allocation and default terms described on the reverse side. If any balance from this offer remains after its limited duration APR expires, it will then be subject to the standard or default APR applicable to such balances as determined by your Cardmember Agreement. Transactions from this offer do not count toward your reward program. Transactions from this offer that post after the void date disclosed or that are made payable to Chase, Bank One or First USA or one of our related banks or companies will be declined. In these disclosures, "we," "our," or "us" means Chase Bank USA, National Association.

(Continued on reverse side)

## Use these checks to access your account at a lower APR. It's easy!

**1.** Simply write the checks in any amount, up to the unused portion of your available credit. Make sure you have enough credit available for the transaction(s), interest, and any related fees.

**2.** Make the checks payable to the banks, credit card issuers, or retailers you wish to pay. If you deposit a check into your bank account; please make sure your bank has made the funds available to you before accessing the funds.

**3.** Checks cannot be used to pay off balances on credit cards issued by us or related banks.

**4.** When you use one of these checks, the amount is reflected on your credit card statement, as with any purchase.

---

**IMPORTANT INFORMATION (continued):**

♦ **Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, or if we reasonably believe that you will be unable or unwilling to repay the balance or as described in your Cardmember Agreement), we may decline to process your transaction, in which case you will be notified.

♦ **Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

♦ **Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the posting date disclosed in this offer and your account must not be in default. Transactions that post after the posting date or if your account is in default will be charged the applicable non-promotional APR and transaction fee) stated in your Cardmember Agreement or any subsequent change in terms, or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Cardmember Agreement.

♦ **Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is overlimit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate and become effective as of the first day of the billing cycle in which the default occurs.

♦ **Grace Period:** A grace period will not apply to transactions from this offer.

♦ **Cardmember Agreement:** For further details about terms or conditions on your account, please refer to your Cardmember Agreement.

♦ **Other Items:** If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks used to access your account must be presented to us in paper form. If a check is presented to us electronically, we may not be able to accept it due to certain check processing rules we must adhere to. Other offers may supersede this offer.

# 0.00%/*
## or
# 4.99%/*

**1st and 2nd check:**
**Fixed APR,**
**for a limited duration**

**3rd check:**
**Fixed APR,**
**until balance**
**is paid in full**

**Use these Balance Transfer checks to take advantage of these super-low rates today.**

- Save by transferring balances from higher-APR accounts.
- Write a check to yourself.
- Go on a well-deserved vacation.
- Make home improvements.

These checks are ready to go. You can write them for any amount up to the unused portion of your credit line. Just make sure you have enough available credit for the transaction(s), interest, and any related fees.

Don't miss out — great rates like this don't come around every day.

*Checks must be posted to your account by the post/void date on the check(s).
*See "Important Information" section for more details.

**\*IMPORTANT INFORMATION:**

The use of the attached check(s) or draft(s) will constitute a charge against your credit account.

**Promotional APR:** When you use the first and/or second check, you will receive a promotional 0% APR until the first day of your billing cycle that includes September 1, 2009. When you use the third check, you will receive a promotional 4.99% APR until the first day of your billing cycle that includes March 1, 2011. If any balance from this offer remains after its limited duration APR expires, it will then be subject to the standard or default APR applicable to such balances as determined by your Cardmember Agreement.

**Other APRs:** The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Cardmember Agreement.

**Transaction Fee Finance Charges:** The transaction fee will be 3% of each check from this offer ($5 minimum; $249 maximum).

**Right to Decline:** If checks are part of this offer, checks that post after the void date disclosed or that are made payable to us or one of our related banks or companies will be declined. Under certain circumstances (for example, if your account is past due or over limit, or if we reasonably believe that you will be unable or unwilling to repay the balance or as described in your Cardmember Agreement), we may decline to process your transaction, in which case you will be notified.

**Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

**Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the posting date disclosed in this offer and your account must not be in default. Transactions that post after the posting date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Cardmember Agreement or any subsequent change in terms, or will be declined.

**Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is overlimit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate and become effective as of the first day of the billing cycle in which the default occurs.

**Grace Period:** A grace period will not apply to transactions from this offer.

**Other Items:** If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks used to access your account must be presented to us in paper form. If a check is presented to us electronically, we may not be able to accept it due to certain check processing rules we must adhere to. Other offers may supersede this offer. Cardmember Agreement: For further details about terms or conditions on your account, please refer to your Cardmember Agreement.

☆ **UNITED**
Mileage Plus®

P.O. Box 17199
Wilmington, DE 19850-7199

**Cardmember Information**

| CREDIT ACCESS LINE | PROMOTIONAL APR | ACCOUNT ENDING |
|---|---|---|
| $16,000 | AS LOW AS 0.00% | IN |

**A Special Offer for a Valued United Visa® Customer.**
**Act Now to Take Advantage of these Promotional 0.00% and 3.99% Fixed APRs!**

Dear

Your account has some exciting news for you! Use the top two checks (check numbers 7088 and 7089), before 02/29/2008 to get a low promotional 0.00% fixed APR until your 07/2008 statement opening date.¹ Or, if you prefer — use the bottom three checks before 02/29/2008 and receive a low promotional 3.99% fixed APR until the balance is paid off!¹

**Promotional**
**0.00% fixed APR**
until your
07/2008
statement
opening date.¹

**OR**

**Promotional**
**3.99% fixed APR** until the
balance is
paid off!¹

**It's Your**
**Choice!**

Take advantage of
this limited-time
opportunity!

Write today to save with your checks. It's easy to do!

The top check is already made out to you.

Your checking account and use the funds for whatever you like. Pay off a high rate loan or any other credit. Discover all the things you can do with these checks. Pay your bills. Finance home improvements. Take that long overdue vacation. It's up to you. How you use the checks is your choice. Start saving today with these low amounts up to the unused portion of your credit line.

Now your checks are here to make important savings decisions.

Sincerely,

*Deb Wilkes* (signature)

Deb Walden
Executive Vice President, Customer Experience

P.S. Your checks currently do not have an expiration date. You can use these valuable checks before 02/29/2008 to receive your low promotional fixed APR. You can take advantage of this valuable offer by using the enclosed checks. If this does not meet your needs, please call us at the number located on the back of your credit card.

P.P.S. If you are calling to request a balance transfer, or need to make a special request, please call us. To help us process your request as quickly as possible, please have all your information available: complete name, address, account number and amount for your balance transfer.

¹ **IMPORTANT INFORMATION:** A transaction fee of 3% (minimum $5; maximum $199) of the amount of the check applies for each check in this offer. Transactions may be different from the check transaction fee and will be disclosed when that transaction is made. After 02/29/2008 this offer is subject to the payment allocation and default terms described on the reverse side. If any balance from this offer remains after the limited-duration APR expires, it will then be subject to the standard or default APR applicable to such balances as determined by your Cardmember Agreement. Payments on your account are applied towards your reward programs. Transactions from this offer that post after the void date disclosed to you are made by cardmember, Chase, Bank One or their affiliates, or one of their related banks or companies will be declined. In these disclosures, "we", "our", or "us" means Chase Bank USA, N.A. (Continued on reverse side)



## It Couldn't Be Easier to Use Your Checks.

**1. Fill Them Out Just Like Any Check.**
- Make the checks payable to the banks, credit card issuers, or retailers you wish to pay. If you deposit a check into your bank account, please make sure your bank has made the funds available to you before accessing the funds.
- You may write the checks in any amount, up to the unused portion of your available credit. Simply make sure you have enough credit available for the check and any related transaction fees.

**2. Start Saving Money Today—Use Them Right Away.**
- Mail your checks to the other lenders, just like you're making a payment.
- Balance transfers from any existing accounts with us or any of our related banks will not be accepted.

**3. You'll See the Transactions on Your Statement.**
- Use of these checks will reduce your available credit.
- After you use a check to transfer a balance, you will see a payment for the transferred amount on the statements from your other accounts.
- We will not close your other accounts for you; that's your choice.

**4. Enjoy Your Savings.**
- Organizing your finances is easy when you consolidate your bills.
- By transferring outstanding balances from higher-APR accounts, you'll save on interest when you pay back those balances.

---

† IMPORTANT INFORMATION (continued):

♦ **Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, or if we reasonably believe that you will be unable or unwilling to repay the balance or as described in your Cardmember Agreement), we may decline to process your transaction, in which case you will be notified.

♦ **Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

♦ **Offer End Date:** To take advantage of any introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the posting date disclosed in this offer and your account must not be in default. Transactions that post after the posting date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Cardmember Agreement or any subsequent change in terms, or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Cardmember Agreement.

♦ **Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is overlimit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate and become effective as of the first day of the billing cycle in which the default occurs.

♦ **Grace Period:** A grace period will not apply to transactions from this offer.

♦ **Cardmember Agreement:** For further details about terms or conditions on your account, please refer to your Cardmember Agreement.

♦ **Other Items:** Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks used to access your account must be presented to us in paper form. If a check is presented to us electronically, we may not be able to accept it due to certain check processing rules we must adhere to. Other offers may supersede this offer.

LTC16170

---

* Must post to your account by 02/29/2008 to get your promotional APR. Check void for all purposes after 06/30/2008.

Date _____

Pay To The
Order Of _____    $ _____

_____ DOLLARS

Security features on this document include a security screen and micropined signature line. Absence of these features will indicate a copy.

Payable Through:
CBSI
Delaware, OH 43015
740-362-0100

Memo _____    Signature _____