A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jul 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 09, 2009

FILED
CLERK'S OFFICE

IN RE: CHASE BANK USA, N.A., "CHECK LOAN"
CONTRACT LITIGATION

MDL No. 2032

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 26, 2009, the Panel transferred ten civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* __F.Supp.2d__ (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Maxine M. Chesney.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chesney.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 26, 2009, and, with the consent of that court, assigned to the Honorable Maxine M. Chesney.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 27, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CHASE BANK USA, N.A., "CHECK LOAN"
CONTRACT LITIGATION**                                                                 MDL No. 2032

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

ARIZONA
  AZ    2    09-495               Meredith T. Young-Ayers v. Chase Bank USA, N.A.

CALIFORNIA CENTRAL
  CAC   2    09-1485              David M. Skaggs v. Chase Bank USA, N.A.
  CAC   2    09-1486              Edward Conrad v. Chase Bank USA, N.A., et al.

COLORADO
  CO    1    09-688               Christopher J. Borny v. Chase Bank USA, N.A.

ILLINOIS NORTHERN
  ILN   1    09-1557              Nancy Maycroft, et al. v. Chase Bank USA, N.A.
  ILN   1    09-1570              Peter G. Knapp v. Chase Bank USA, N.A.
  ILN   1    09-1590              Michael A. Pendleton v. Chase Bank USA, N.A.

MASSACHUSETTS
  MA    1    09-10614             Martin Rodriguez, et al. v. Chase Bank USA, N.A.
  MA    1    09-10713             Thomas K. Voystock v. Chase Bank USA, N.A.

MARYLAND
  MD    8    09-1195              Linda L. Spicer v. Chase Bank USA, N.A.

MICHIGAN WESTERN
  MIW   1    09-394               Lee Vanderlaan, et al. v. Chase Bank USA, N.A.

NORTH CAROLINA MIDDLE
  NCM   1    09-171               Peter Norman v. Chase Bank USA, N.A.

NEW MEXICO
  NM    6    09-225               Orly Williams v. Chase Bank USA, N.A.

NEW YORK EASTERN
  NYE   1    09-1188              Rich Daniels v. Chase Bank USA, N.A.

NEW YORK SOUTHERN
  NYS   1    09-3015              Beverly Heigh, et al. v. Chase Bank USA, N.A.

PENNSYLVANIA EASTERN
  PAE   2    09-1213              Violet Miller v. JP Morgan Chase & Co., et al.
  PAE   2    09-2114              Peggy Durant v. Chase Bank USA, N.A., et al.