IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION | MDL No. 2032 |
| | Case No. M:09–CV-2032 MMC |
| THIS DOCUMENT RELATES TO:<br>    ALL CASES | **ORDER DENYING MOTIONS TO MODIFY COMPOSITION OF EXECUTIVE COMMITTEE** |

Before the Court are two motions: (1) plaintiff Evie Boulas's Administrative Motion to Modify Composition of Executive Committee, filed August 10, 2009; and (2) plaintiffs Linda Spicer and Thomas Voystock's Motion to Modify Composition of Executive Committee, filed August 10, 2009. The members of the Executive Committee have filed joint opposition to each motion. Having read and considered the parties' respective filings, the Court rules as follows.

By order filed July 24, 2009, the Court designated five counsel to serve as members of an Executive Committee, one counsel to serve as Liaison Counsel, and a representative from each action to serve as a Steering Committee. By the instant motions, the moving plaintiffs seek an order modifying the Court's July 24, 2009 order. Specifically, the moving plaintiffs seek an order designating their respective counsel of record as members of the Executive Committee, either in addition to the existing Executive Committee members or in place of one or more existing members. The moving plaintiffs argue that because the six

members of the Executive Committee have their respective offices in either California or New York, the Executive Committee is not geographically diverse.  According to the moving plaintiffs, geographic diversity is significant because the various actions comprising the instant multidistrict litigation allege claims arising under the laws of a number of different states.

Assuming, under the circumstances presented in a given case, geographic diversity is a material consideration, here, as the Executive Committee notes, certain of the law firms comprising the Executive Committee have additional offices in Tennessee, Michigan, and Florida.  Consequently, geographic diversity exists in the Executive Committee as currently designated.  Moreover, the respective resumes submitted by the members of the Executive Committee indicate that each member of the Executive Committee as currently constituted has litigated cases in a number of different state and federal courts throughout the country, thus reflecting a collective familiarity with the laws of jurisdictions well beyond those of the above-referenced five states.  Under such circumstances, the Court finds the moving plaintiffs have not shown sufficient cause exists to modify the Court's July 24, 2009 order.

Accordingly, the moving plaintiffs' respective motions to modify the composition of the Executive Committee are hereby DENIED.

**IT IS SO ORDERED.**

Dated:  September 3, 2009

MAXINE M. CHESNEY
United States District Judge