IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>   ALL CASES<br>_____/ | MDL No. 2032<br><br>M:09–CV-2032 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On October 19, 2009, plaintiffs electronically filed a "Request for Judicial Notice." Although plaintiffs provided a chambers copy of the two-page Request, plaintiffs have failed to provide a chambers copy of the exhibits attached to the Request.

      General Order 45 and the Court's Standing Orders require a party to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

      Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced exhibits. Plaintiffs are hereby advised that if they fail in the future to comply with General

1  Order 45 and the Court's Standing Order to provide a chambers copy of each
2  electronically-filed document, the Court may impose sanctions, including, but not limited to,
3  striking from the record any electronically-filed document of which a chambers copy has not
4  been timely provided to the Court.
5  **IT IS SO ORDERED.**

7  Dated:  October 23, 2009

MAXINE M. CHESNEY
United States District Judge