IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>    ALL CASES<br>_____ / | MDL No. 2032<br>Case No. M:09–CV-2032 MMC<br>**ORDER VACATING NOVEMBER 13, 2009 HEARING** |

Before the Court is the motion, filed September 21, 2009 by defendants Chase Bank USA, N.A., Chase Issuance Trust, and JPMorgan Chase & Co., to dismiss the Master Class Action Complaint. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective submissions, and VACATES the hearing scheduled for November 13, 2009.

**IT IS SO ORDERED.**

Dated: November 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge