STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
  CHASE BANK USA, N.A., CHASE ISSUANCE
  TRUST and JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | MDL No. 2032<br>Case No. M:09–CV-2032 MMC |
| | [Assigned to the Hon. Maxine M. Chesney] |
| THIS DOCUMENT RELATES TO ALL CASES | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO AMEND CASE MANAGEMENT ORDER** |
| | [Joint Administrative Motion and Declaration filed concurrently] |

LA 51245141
LA 51246020

**[PROPOSED] ORDER**

Having reviewed the Joint Administrative Motion to Amend the Case Management Order filed on March 12, 2010, and good cause having been shown,

IT IS HEREBY ORDERED that:

The Motion is GRANTED; and

1. The last day to move to compel further responses to pre-certification written discovery is continued from March 12, 2010, to and including May 24, 2010.  The parties may file motions to compel as early as April 29, 2010.

2. Plaintiffs' last day to supplement their initial disclosures regarding calculation of damages is continued from March 12, 2010, to and including May 24, 2010.

3. The time for pre-certification depositions to occur is continued from March and April 2010 to May and June 2010.

IT IS SO ORDERED.

DATED:   March 17, 2010



The Honorable Maxine M. Chesney
United States District Judge

MDL No. 2032 Case No. M:09–CV-2032 MMC
[Proposed] Order Granting Joint Administrative
Motion To Amend Case Management Order

LA 51245141
LA 51246020

- 1 -