STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*lacalendar@stroock.com*

Attorneys for Defendants
  CHASE BANK USA, N.A., and
  CHASE ISSUANCE TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2032<br>Case No. M:09–CV-2032 MMC<br><br>[Assigned to the Hon. Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT ADMINISTRATIVE MOTION TO AMEND CASE MANAGEMENT ORDER**<br><br>[Joint Administrative Motion and Declaration filed concurrently] |

MDL No. 2032 Case No. M:09–CV-2032 MMC
[Proposed] Order Granting Second Joint Administrative
Motion To Amend Case Management Order

LA 51273233

1  **[PROPOSED] ORDER**

2  Having reviewed the Second Joint Administrative Motion to Amend the Case Management

3  Order filed on May 24, 2010 (the "Motion"), and good cause having been shown,

4  IT IS HEREBY ORDERED that:

5  The Motion is GRANTED; and

6  1.  The last day to move to compel further responses to pre-certification written

7  discovery is continued from May 24, 2010, to and including August 31, 2010.

8  2.  Plaintiffs' last day to supplement their initial disclosures regarding calculation of

9  damages is continued from May 24, 2010, to and including August 31, 2010.

10  3.  The time for pre-certification depositions to occur is continued from May and June

11  2010 to July 14, 2010 through and including September 10, 2010.

12  The Court notes, however, that, under the current schedule, plaintiffs' motion for class
13  certification is due no later than August 27, 2010, and, to date, no request has been made to
    extend that date.

14

15  IT IS SO ORDERED.

16  DATED:   May 28, 2010

                                                    _____
17                                                  The Honorable Maxine M. Chesney
                                                    United States District Judge

LA 51273233

- 1 -

MDL No. 2032 Case No. M:09–CV-2032 MMC
[Proposed] Order Granting Second Joint Administrative
Motion To Amend Case Management Order