1  Elizabeth J. Cabraser (State Bar No. 83151)
   Michael W. Sobol (State Bar No. 194857)
2  Roger N. Heller (State Bar No. 215348)
   **LIEFF, CABRASER, HEIMANN &**
3  **BERNSTEIN, LLP**
   275 Battery Street, 30th Floor
4  San Francisco, CA 94111-3336
   Telephone:    (415) 956-1000
5  Facsimile:    (415) 956-1008

6  *Plaintiffs' Liaison Counsel*

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: CHAS E BANK USA, N.A. "CHECK    MDL No. 2032
   | LOAN" CONTRACT LITIGATION
12 |                                        Case No. 3:09-md-2032 MMC

13 | THIS DOCUMENT RELATES TO:

14 |    ALL CASES.                          **[PROPOSED] ORDER GRANTING**
                                            **JOINT ADMINISTRATIVE MOTION**
15                                          **TO AMEND SCHEDULE**

882267.1                                    MDL No. 2032, Case No. 3:09-md-2032 MMC

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULE

1    Having reviewed the parties' Joint Administrative Motion to Amend Schedule, filed on
2  June 16, 2010 (the "Motion"), and good cause having been shown,
3    IT IS HEREBY ORDERED that:
4    The Motion is GRANTED; and
5    1.   Plaintiffs' deadline to file their motion for class certification is extended to
6  October 15, 2010.
7    2.   Defendants shall file their opposition to Plaintiffs' motion for class certification by
8  November 19, 2010.
9    3.   Plaintiffs shall file their reply in support of their motion for class certification by
10 December 17, 2010.
11    4.   The hearing on Plaintiffs' motion for class certification is continued to January 14,
12 2011 at 9:00 am.

    IT IS SO ORDERED.

15 DATED:   June 21, 2010

    _____
    The Honorable Maxine M. Chesney
    United States District Judge