IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>    ALL CASES<br>_____/ | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL** |

Pursuant to Civil Local Rule 72-1, plaintiffs' Motion to Compel Production of Documents, filed August 13, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

The September 17, 2010 hearing before the undersigned is VACATED.

**IT IS SO ORDERED.**

Dated: August 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge