```
 1  STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
 2  STEPHEN J. NEWMAN (State Bar No. 181570)
    DAVID W. MOON (State Bar No. 197711)
 3  2029 Century Park East
    Los Angeles, California  90067-3086
 4  Telephone: 310-556-5800
    Facsimile:  310-556-5959
 5
 6  Attorneys for Defendants
      CHASE BANK USA, N.A. and
 7    CHASE ISSUANCE TRUST
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No. M:09-cv-02032-MMC (JL)<br><br>[Assigned to the Hon. James Larson]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br><u>Current Hearing:</u><br>Date:  September 22, 2010<br>Time:  9:30 a.m.<br>Ctrm.:  Courtroom F, 15th Floor<br><br><u>Continued Hearing:</u><br>Date:  October 6, 2010<br>Time:  9:30 a.m.<br>Ctrm.:  Courtroom F, 15th Floor |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OD DOCUMENTS
Case No. CV-09-0348-MMC (JL)

LA 51306614

LA 51306614

1 WHEREAS, on August 13, 2010, plaintiffs filed a Motion to Compel Production of

2 Documents (the "Motion");

3 WHEREAS, on August 27, 2010, defendants filed their opposition to the Motion;

4 WHEREAS, the hearing on the Motion currently is scheduled for Wednesday, September

5 22, 2010 at 9:30 a.m., pursuant to the Clerk's Notice dated August 26, 2010;

6 WHEREAS, counsel who will argue the Motion are scheduled to attend a deposition in this

7 matter in Delaware on September 22, 2010;

8 WHEREAS, in light of counsel's unavailability on the hearing date, the parties agree that a

9 brief continuance of the hearing from September 22, 2010 to October 6, 2010 is appropriate;

10 WHEREAS, defendants have recently produced approximately 11,000 pages of additional

11 documents;

12 WHEREAS, so that plaintiffs may have sufficient time to review the documents recently

13 produced by defendants, the parties also agree that the date by which plaintiffs must file their reply

14 in support of the Motion should be continued from September 8, 2010 through and including

15 September 29, 2010;

16 WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order

17 altering a date that involves alters an event or deadline already fixed by Court order or that involves

18 papers required to be filed with the Court;

19 WHEREAS, the parties previously filed the following motions requesting extensions or

20 modification of court-ordered schedules in this matter: (A) defendants' Motion for an Order

21 Extending Time for Defendants' Response to All Complaints and Resetting Case Management

22 Conference, which was filed on July 6, 2010 and granted on July 10, 2010; (B) a Joint

23 Administrative Motion to Amend Case Management Order, which was filed on March 12, 2010

24 and granted on March 17, 2010; and (C) a Joint Administrative Motion To Amend Schedule, which

25 was filed on June 16, 2010 and granted on June 21, 2010.

26 WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

27

28

- 1 -
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON PLAINTIFFS' MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
Case No. CV 09-0348-MMC (JL)

LA 51306614

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective
2    counsel of record, that:
3    1.    The hearing on plaintiffs' Motion is continued from September 22, 2010 at 9:30
4    a.m. to October 6, 2010 at 9:30 a.m.
5    2.    The date by which plaintiffs' must file their reply in support of the Motion is
6    continued from September 8, 2010 through and including September 29, 2010.
7    IT IS SO STIPULATED.

Dated:  September 3, 2010                STROOCK & STROOCK & LAVAN LLP
                                         JULIA B. STRICKLAND
                                         STEPHEN J. NEWMAN
                                         DAVID W. MOON


                                         By:    */s/ Stephen J. Newman*
                                                Stephen J. Newman

                                         Attorneys for Defendants


Dated:  September 3, 2010                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         ELIZABETH J. CABRASER
                                         MICHAEL W. SOBOL
                                         ROGER N. HELLER


                                         By:    */s/ Roger N. Heller* (signed with permission)
                                                Roger N. Heller

                                         Attorneys for Plaintiffs

- 2 -
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON PLAINTIFFS' MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
Case No. CV 09-0348-MMC (JL)

LA 51306614

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

1. The hearing on plaintiffs' Motion to Compel Production of Documents is continued from September 22, 2010 at 9:30 a.m. to October 6, 2010 at 9:30 a.m.

2. The date by which plaintiffs' must file their reply in support of the Motion to Compel Production of Documents is continued from September 8, 2010 through and including September 29, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 8, 2010

_____
The Honorable James Larson
United States Magistrate Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 3 -

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON PLAINTIFFS' MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
Case No. CV 09-0348-MMC (JL)

LA 51306614

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF            )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On September 3, 2010, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** on the interested parties in this action as follows:

See attached service list

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the USDC Northern District's electronic case filing service, on September 3, 2010. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 3, 2010, at , California.

| Rennie Santhon | /s/ Rennie |
|---|---|
| [Type or Print Name] | [Signature] |

- 4 -

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON PLAINTIFFS' MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
Case No. CV 09-0348-MMC (JL)

LA 51306614

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086