| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 83151)<br>Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>**LIEFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3336<br>Telephone:    (415) 956-1000<br>Facsimile:     (415) 956-1008<br><br>*Plaintiffs' Liaison Counsel*<br><br>[*Additional counsel listed on signature page*] | Julia B. Strickland (State Bar No. 083013)<br>Stephen J. Newman (State Bar No. 181570)<br>David W. Moon (State Bar No. 197711)<br>A.R. Kachadoorian (State Bar No. 240601)<br>**STROOCK & STROOCK & LAVAN LLP**<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>Telephone:    (310) 556-5800<br>Facsimile:     (310) 556-5959<br><br>*Counsel for Defendants Chase Bank USA and Chase Issuance Trust* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC<br><br>**STIPULATED [Proposed] ORDER REMOVING AND ADDING PUTATIVE CLASS REPRESENTATIVES** |

1  WHEREAS, Margaret Conley, Marc Zimet, and JoAnn Candelaria were named plaintiffs
2  and putative class representatives in the operative Master Class Action Complaint filed in this
3  matter on July 26, 2009 ("Master Complaint");

4  WHEREAS, Margaret Conley, Marc Zimet, and JoAnn Candelaria wish to withdraw as
5  named plaintiffs and putative class representatives in this matter;

6  WHEREAS, the parties have agreed that Margaret Conley, Marc Zimet, and JoAnn
7  Candelaria should be permitted to withdraw as named plaintiffs and putative class representatives
8  in this matter;

9  WHEREAS, because Margaret Conley, Marc Zimet, and JoAnn Candelaria remain within
10 the putative class, as defined in the Master Complaint, the statute of limitations for their claims
11 are tolled to the same extent and in the same manner as for all other putative class members;

12 WHEREAS, James Hanisch and Frederic Soliman are members of the putative class, as
13 defined in the Master Complaint;

14 WHEREAS, James Hanisch and Frederic Soliman were not named plaintiffs or putative
15 class representatives in the Master Complaint;

16 WHEREAS, Plaintiffs, by and through their counsel, wish to add James Hanisch and
17 Frederic Soliman as named plaintiffs and putative class representatives in this matter;

18 WHEREAS, the parties have agreed that Plaintiffs should be permitted to add James
19 Hanisch and Frederic Soliman as named plaintiffs and putative class representatives in this
20 matter;

21 WHEREAS, the parties agree that an amended complaint need not be filed, and that
22 Defendants need not amend their Answer and Affirmative Defenses to the Master Complaint;

23 WHEREAS, by consenting to the amendments described above, Defendants do not
24 concede that this action is appropriate for class certification, and do not concede that the claims
25 alleged in the Master Complaint entitle any plaintiff to relief;

26 WHEREAS, plaintiffs Hanisch and Soliman are deemed to assert the same claims alleged
27 in the Master Complaint filed July 26, 2009;

28

1    WHEREAS, the Court's November 20, 2009, order on Defendants' Motion to Dismiss
2    (the "MTD Order") binds plaintiffs Hanisch and Soliman to the same extent as if they had been
3    plaintiffs named in the Master Complaint when the Motion to Dismiss was filed and determined;
4    and

5    WHEREAS, the Special Interrogatories to Plaintiffs, Set One, Request for Production to
6    Documents to Plaintiffs, Set One and Requests for Admission to Plaintiffs, Set One, served
7    January 8, 2010 (the "Discovery Requests"), are deemed to be served on plaintiffs Hanisch and
8    Soliman as of the date this Stipulation is approved.

9    IT IS HEREBY STIPULATED, by and between the parties, through their respective
10   counsel of record, that (a) Margaret Conley, Marc Zimet, and JoAnn Candelaria shall be removed
11   as named plaintiffs and putative class representatives in this matter, but shall maintain their
12   claims as members of the putative class; (b) Margaret Conley, Marc Zimet, and JoAnn Candelaria
13   shall not seek to serve as representative plaintiffs on behalf of the putative class in this matter at
14   any time in the future; (c) James Hanisch and Frederic Soliman shall be added as named plaintiffs
15   and putative class representatives in this matter; (d) the foregoing amendments will be effective
16   without the filing of an amended complaint or amending the Answer and Affirmative Defenses;
17   (e) Defendants are not conceding that this action is appropriate for class certification, and are not
18   conceding that the claims alleged in the Master Complaint entitle any plaintiff to relief; (f) the
19   MTD Order binds plaintiffs Hanisch and Soliman as if they had been plaintiffs when the Motion
20   to Dismiss was filed and determined; and (g) the Discovery Requests are deemed to be served on
21   plaintiffs Hanisch and Soliman as of the date this Stipulation is approved.

23   Dated: September 13, 2010               By: /s/ *Roger N. Heller*

                                             Elizabeth J. Cabraser
                                             Michael W. Sobol
                                             Roger N. Heller
                                             **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
                                             275 Battery Street, 30th Floor
                                             San Francisco, CA  94111-3336
                                             Telephone:   (415) 956-1000
                                             Facsimile:   (415) 956-1008

- 3 -                              MDL No. 2032, Case No. 3:09-md-2032 MMC

**STIPULATED [PROPOSED] ORDER REMOVING AND ADDING PUTATIVE CLASS REPRESENTATIVES**

LA 51303668

| | |
|---|---|
| 1 | |
| 2 | James C. Sturdevant<br>Monique Oliver<br>Whitney Huston |
| 3 | **THE STURDEVANT LAW FIRM, P.C.**<br>354 Pine Street, Fourth Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 477-2410 |
| 5 | Facsimile: (415) 477-2420 |
| 6 | Oren S. Giskan |
| 7 | Catherine E. Anderson<br>Jason L. Solotaroff |
| 8 | **GISKAN SOLOTAROFF ANDERSON & STEWART LLP**<br>11 Broadway, Suite 2150 |
| 9 | New York, NY 10004<br>Telephone: (212) 847-8315 |
| 10 | Facsimile: (212) 964-9645 |
| 11 | Robert S. Green<br>Charles D. Marshall |
| 12 | **GREEN WELLING P.C.**<br>595 Market Street, Suite 2750 |
| 13 | San Francisco, CA 94105<br>Telephone: (415) 477-6700 |
| 14 | Facsimile: (415) 477-6710 |
| 15 | Eric H. Gibbs |
| 16 | Dylan Hughes<br>Geoffrey A. Munroe |
| 17 | **GIRARD GIBBS LLP**<br>601 California Street, 14th Floor |
| 18 | San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| 19 | Facsimile: (415) 981-4846 |
| 20 | Jeff Westerman<br>Sabrina S. Kim |
| 21 | Andrew J. Sokolowski<br>**MILBERG LLP** |
| 22 | One California Plaza<br>300 South Grand Avenue, Suite 3900 |
| 23 | Los Angeles, CA 90071<br>Telephone: (213) 617-1200 |
| 24 | Facsimile: (213) 617-1975 |
| 25 | *Plaintiffs' Executive Committee* |
| 26 | |
| 27 | |
| 28 | |

- 4 -    MDL No. 2032, Case No. 3:09-md-2032 MMC

**STIPULATED [PROPOSED] ORDER REMOVING AND ADDING PUTATIVE CLASS REPRESENTATIVES**

LA 51303668

1  Dated: September 13, 2010               By: /s/ *Stephen P. Newman* (signed with permission)

2   Julia B. Strickland
    Stephen J. Newman
3   David W. Moon
    A.R. Kachadoorian
4   **STROOCK & STROOCK & LAVAN LLP**
    2029 Century Park East
5   Los Angeles, CA  90067-3086
    Telephone:   (310) 556-5800
6   Facsimile:    (310) 556-5959

7   *Counsel for Defendants*

10       PURSUANT TO STIPULATION, IT IS SO ORDERED.

13  Dated:  September 15, 2010

    The Honorable Maxine M. Chesney
14  United States District Court Judge