| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 83151)<br>Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>**LIEFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3336<br>Telephone:     (415) 956-1000<br>Facsimile:     (415) 956-1008<br><br>*Plaintiffs' Liaison Counsel*<br><br>[*Additional counsel listed on signature page*] | Julia B. Strickland (State Bar No. 083013)<br>Stephen J. Newman (State Bar No. 181570)<br>David W. Moon (State Bar No. 197711)<br>Joseph A. Escarez (State Bar No. 266644)<br>**STROOCK & STROOCK & LAVAN LLP**<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>Telephone:     (310) 556-5800<br>Facsimile:     (310) 556-5959<br><br>*Counsel for*<br>*Defendants* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>     ALL CASES. | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC<br><br>**STIPULATED ~~[Proposed]~~ ORDER REMOVING PUTATIVE CLASS REPRESENTATIVES** |

1  WHEREAS, Melanie King and Peter Norman were named plaintiffs and putative class
2  representatives in the operative Master Class Action Complaint filed in this matter on July 26, 2009
3  ("Master Complaint");
4  WHEREAS, Frederic Soliman was added as a named plaintiff and putative class
5  representative pursuant to the Stipulated Order Removing and Adding Putative Class
6  Representatives, signed by the Hon. Maxine M. Chesney on September 15, 2010;
7  WHEREAS, Melanie King, Peter Norman and Frederic Soliman wish to withdraw as
8  named plaintiffs and putative class representatives in this matter;
9  WHEREAS, the parties have agreed that Melanie King, Peter Norman and Frederic
10 Soliman should be permitted to withdraw as named plaintiffs and putative class representatives in
11 this matter;
12 WHEREAS, because Melanie King, Peter Norman and Frederic Soliman remain within the
13 putative class, as defined in the Master Complaint, the statute of limitations for their claims are
14 tolled to the same extent and in the same manner as for all other putative class members;
15 WHEREAS, the parties agree that an amended complaint need not be filed, and that
16 Defendants need not amend their Answer and Affirmative Defenses to the Master Complaint;
17 WHEREAS, by consenting to the amendments described above, Defendants do not concede
18 that this action is appropriate for class certification, and do not concede that the claims alleged in
19 the Master Complaint entitle any plaintiff to relief;
20 IT IS HEREBY STIPULATED, by and between the parties, through their respective
21 counsel of record, that (a) Melanie King, Peter Norman and Frederic Soliman shall be removed as
22 named plaintiffs and putative class representatives in this matter, but shall maintain their claims as
23 members of the putative class; (b) Melanie King, Peter Norman and Frederic Soliman shall not
24 seek to serve as representative plaintiffs on behalf of the putative class in this matter at any time in
25 the future; (c) the foregoing amendments will be effective without the filing of an amended
26 complaint or amending the Answer and Affirmative Defenses; and (d) Defendants are not
27
28

conceding that this action is appropriate for class certification, and are not conceding that the claims alleged in the Master Complaint entitle any plaintiff to relief.

Dated: November 1, 2010          By:          /s/ Roger N. Heller

Elizabeth J. Cabraser
Michael W. Sobol
Roger N. Heller
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA  94111-3336
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

James C. Sturdevant
Monique Oliver
Whitney Huston
**THE STURDEVANT LAW FIRM, P.C.**
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Oren S. Giskan
Catherine E. Anderson
Jason L. Solotaroff
**GISKAN SOLOTAROFF ANDERSON & STEWART LLP**
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (212) 964-9645

Robert S. Green
Charles D. Marshall
**GREEN WELLING P.C.**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

|   |   |
|---|---|
| 1 | Eric H. Gibbs |
|   | Dylan Hughes |
| 2 | Geoffrey A. Munroe |
|   | **GIRARD GIBBS LLP** |
| 3 | 601 California Street, 14th Floor |
|   | San Francisco, CA 94108 |
| 4 | Telephone: (415) 981-4800 |
|   | Facsimile: (415) 981-4846 |

Jeff Westerman
Sabrina S. Kim
Andrew J. Sokolowski
**MILBERG LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Plaintiffs' Executive Committee*

Dated: November 1, 2010          By:        /s/ Stephen J. Newman

Julia B. Strickland
Stephen J. Newman
David W. Moon
A.R. Kachadoorian
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:   (310) 556-5800
Facsimile:   (310) 556-5959

*Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 2, 2010          _____
                                  The Honorable Maxine M. Chesney
                                  United States District Court Judge

- 3 -    MDL No. 2032, Case No. 3:09-md-2032 MMC

STIPULATED [PROPOSED] ORDER REMOVING AND ADDING PUTATIVE CLASS REPRESENTATIVES

LA 51322528v1