United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION

THIS DOCUMENT RELATES TO:
   ALL CASES
_____/

MDL No. 2032

Case No. 3:09-md-2032 MMC

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS REGARDING FILING OF DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFFS**

     Before the Court is plaintiffs' Administrative Motion Pursuant to Civil Local Rule 79-5 Regarding the Filing of Documents Under Seal, filed October 15, 2010, in which plaintiffs state their motion for class certification and a supporting declaration include material defendant has designated as confidential. Also before the Court is a declaration filed by defendant in support of plaintiffs' administrative motion, and a response thereto by plaintiff. Additionally, before the Court is defendant's Administrative Motion to File Under Seal, filed November 1, 2010, which motion is supported by two declarations and which motion pertains to the same documents identified in plaintiffs' Administrative Motion.[1]

---

[1] Defendant's filings of November 1 2010 are untimely. See Civil L.R. 79-5(d) (providing response to administrative motion to seal shall be filed no later than seven days after filing of motion). The Court nonetheless has considered said filings. Additionally, for future reference, defendant is advised that it is not necessary to file an administrative motion to respond to an administrative motion filed pursuant to Civil Local 79-5. Rather, any response should be in the form of a timely declaration, see Civil Local 79-5(d), and, if necessary, a memorandum of points and authorities.

Having read and considered the above-referenced filings, the Court rules as follows:

1. For the reasons stated in the Declaration of Thomas O'Donnell, the Court finds Exhibits 2-3, Exhibit 6 and Exhibits 8-20 to the Declaration of Eric H. Gibbs are properly filed under seal.  Accordingly, to the extent the motions seek such relief, the motions are GRANTED.

2. Defendant has not shown that Exhibits 4 and 7 to the Declaration of Eric H. Gibbs include material properly filed under seal.  Accordingly, to the extent the motions seek such relief, the motions are DENIED.

3. No later than November 12, 2010, plaintiffs shall file in the public record Exhibit 1, Exhibits 4-5, Exhibit 7, and Exhibits 21-23 to the Declaration of Eric H. Gibbs, and shall file a redacted copy of their motion for class certification, specifically, a copy in which discussion of the content of Exhibits 2-3, Exhibit 6 and/or Exhibits 8-20 to the Declaration of Eric H. Gibbs is redacted.

4. No later than November 12, 2010, plaintiffs shall file under seal Exhibits 2-3, Exhibit 6 and Exhibits 8-20 to the Declaration of Eric H. Gibbs, and shall file under seal an unredacted version of their motion for class certification.  See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.").

**IT IS SO ORDERED.**

Dated:  November 5, 2010

MAXINE M. CHESNEY
United States District Judge

2