STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A. and
  CHASE ISSUANCE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No. 3:09-md-02032-MMC<br><br>[Assigned to the Honorable Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION OF THE COURT'S NOVEMBER 5, 2010 ORDER** |

**ORDER**

Defendants' Administrative Motion for Clarification of the Court's November 5, 2010 Order, which was filed November 9, 2010 (the "Motion for Clarification") was taken under submission by the above-captioned Court. After full consideration of the Motion for Clarification plaintiffs having indicated they do not oppose the Motion for Clarification, and ~~other matters presented~~, IT IS HEREBY ORDERED that: (A) Exhibits 21, 22 and 23 to the Declaration of Eric Gibbs (the "Exhibits"); and (B) all portions of an unredacted version of plaintiffs' Motion for Class Certification that reference the Exhibits must be filed under seal.

IT IS SO ORDERED.

DATED: November 10, 2010



The Honorable Maxine M. Chesney
United States District Judge

- 1 -

[PROPOSED] ORDER
Case No. M:09-cv-02032-MMC

LA 51326716

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086