**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION

_____

THIS DOCUMENT RELATES TO:

   ALL CASES

_____/

MDL No. 2032

Case No. 3:09-md-2032 MMC

**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FROM HEARING DATE AND BRIEFING SCHEDULE**

18   Before the Court is defendants' Motion for Administrative Relief from Hearing Date

19  and Briefing Schedule on Plaintiffs' Motion for Class Certification, filed October 27, 2010.

20  Plaintiffs have filed opposition.

21   Having read and considered the papers filed in support of and in opposition to said

22  motion, the Court finds that, although plaintiffs' disclosure of an expert witness was in no

23  manner improper, defendants' expressed need to select and disclose a rebuttal expert

24  constitutes good cause for the relief requested.

25   Accordingly, defendants' motion is hereby GRANTED, and the hearing date and

26  briefing schedule on plaintiffs' Motion for Class Certification is hereby VACATED and

27  revised as follows:

28   1.  December 22, 2010 – Opposition to Motion for Class Certification;

1      2.  January 21, 2011 – Reply in Support of Motion for Class Certification; and

2      3.  February 18, 2011 – Hearing on Motion for Class Certification.

3      **IT IS SO ORDERED.**

4

5  Dated:  November 12, 2010

                                            MAXINE M. CHESNEY

6                                      United States District Judge

2