1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
3  DAVID W. MOON (State Bar No. 197711)
   2029 Century Park East
4  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
5  Facsimile:  310-556-5959

6
   Attorneys for Defendants
7    CHASE BANK USA, N.A. and
     CHASE ISSUANCE TRUST
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 In re: Chase Bank USA, N.A. "Check Loan"   )  Case No. 3:09-md-02032-MMC
   Contract Litigation                        )
13                                            )  [Assigned to the Hon. Maxine M. Chesney]
                                              )
14 THIS DOCUMENT RELATES TO ALL               )  **STIPULATION AND [PROPOSED] ORDER**
   CASES                                      )  **TO CONTINUE HEARING AND BRIEFING**
15                                            )  **SCHEDULES ON PLAINTIFFS' MOTION**
                                              )  **FOR CLASS CERTIFICATION AND**
16                                            )  **DEFENDANTS' MOTION TO STRIKE AND**
                                              )  **EVIDENTIARY OBJECTIONS TO THE**
17                                            )  **DECLARATION OF ADAM J. LEVITIN**
                                              )
18                                            )  Current Hearing:
                                              )  Date:  February 18, 2011
19                                            )  Time:  9:00 a.m.
                                              )  Ctrm.:  Courtroom 7
20                                            )
                                              )  Continued Hearing:
21                                            )  Date:  March 18, 2011
                                              )  Time:  9:00 a.m.
22 _____     )  Ctrm.:  Courtroom 7

23

24

25

26

27

28

1   WHEREAS, on October 15, 2010, Plaintiffs filed their Motion for Class Certification (the
2   "Motion");
3   WHEREAS, Defendants filed an administrative motion, which the Court granted, to extend
4   the date that their Opposition to the Motion was due from November 19, 2010 through December
5   22, 2010, and to adjust the hearing date from January 14, 2011 to February 18, 2011 to
6   accommodate the deposition of Plaintiffs' witness in connection with the Motion;
7   WHEREAS, on December 22, 2010, Defendants filed their Opposition to the Motion;
8   WHEREAS, the hearing on the Motion currently is scheduled for February 18, 2011 and
9   Plaintiffs' Reply currently is due on January 21, 2011;
10   WHEREAS, on December 22, 2011, Defendants filed a Motion to Strike and Evidentiary
11   Objections to the Declaration of Adam J. Levitin (the "Motion to Strike");
12   WHEREAS, Plaintiffs' response to the Motion to Strike currently is due on January 28,
13   2011, Defendants' Reply currently is due on February 4, 2011 and the hearing currently is
14   scheduled for February 18, 2011;
15   WHEREAS, Plaintiffs wish to depose the two experts who submitted declarations in
16   connection with Defendants' Opposition, and to complete the depositions of Defendants' Rule
17   30(b)(6) witnesses;
18   WHEREAS, the depositions currently are scheduled for dates between January 11, 2011
19   and February 11, 2011, based on the witnesses' availability;
20   WHEREAS, given the foregoing, the parties agreed to continue the briefing and hearing
21   dates on the Motion and Motion to Strike as follows:

22   **Motion for Class Certification**:
23   Plaintiffs' Reply due on February 25, 2011
24   Hearing on March 18, 2011
25   **Motion to Strike**:
26   Plaintiffs' Opposition due on February 25, 2011
27   Defendants' Reply due on March 4, 2011
28   Hearing on March 18, 2011

- 1 -

Stipulation And [Proposed] Order To
Continue Hearing And Briefing Schedules
Case No. 3:09-md-02032-MMC

LA 51351009

1  WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order altering a date that involves alters an event or deadline already fixed by Court order or that involves papers required to be filed with the Court;

WHEREAS, the parties previously filed the following motions requesting extensions or modification of Court-ordered schedules in this matter: (A) Defendants' Motion for an Order Extending Time for Defendants' Response to All Complaints and Resetting Case Management Conference, which was filed on July 6, 2010 and granted on July 10, 2010; (B) a Joint Administrative Motion to Amend Case Management Order, which was filed on March 12, 2010 and granted on March 17, 2010; (C) a Joint Administrative Motion To Amend Schedule, which was filed on June 16, 2010 and granted on June 21, 2010; (D) a Stipulation to Continue the Hearing on Plaintiffs' Motion to Compel Production of Documents, which was filed on September 3, 2010 and granted on September 9, 2010; and (E) Defendants' Motion for Administrative Relief from Hearing Date and Briefing Schedule on Plaintiffs' Motion for Class Certification, which was filed October 27, 2010 and granted on November 12, 2010.

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The hearing on Plaintiffs' Motion is continued from February 18, 2011 at 9:00 a.m. to March 18, 2011 at 9:00 a.m.

2. The date by which Plaintiffs' must file their Reply in support of the Motion is continued from January 21, 2011 through and including February 25, 2011.

3. The hearing on the Motion to Strike is continued from February 18, 2011 at 9:00 a.m. to March 18, 2011 at 9:00 a.m.

4. The date by which Plaintiffs must file their Opposition to the Motion to Strike is continued from January 28, 2011 through and including February 25, 2011.

5. The date by which Defendants must file their Reply in support of the Motion to Strike is continued from February 4, 2011 through and including March 4, 2011.

IT IS SO STIPULATED.

- 2 -

Stipulation And [Proposed] Order To
Continue Hearing And Briefing Schedules
Case No. 3:09-md-02032-MMC

LA 51351009

| | |
|---|---|
| Dated: December 30, 2010 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>STEPHEN J. NEWMAN<br>DAVID W. MOON |

By: _/s/ Stephen J. Newman_
       Stephen J. Newman

Attorneys for Defendants

| | |
|---|---|
| Dated: December 30, 2010 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br>MICHAEL W. SOBOL<br>ROGER N. HELLER |

By: _/s/ Roger N. Heller (signed with permission)_
       Roger N. Heller

Attorneys for Plaintiffs

- 3 -

Stipulation And [Proposed] Order To
Continue Hearing And Briefing Schedules
Case No. 3:09-md-02032-MMC

LA 51351009

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The hearing on Plaintiffs' Motion is continued from February 18, 2011 at 9:00 a.m. to March 18, 2011 at 9:00 a.m.

2. The date by which Plaintiffs' must file their Reply in support of the Motion is continued from January 21, 2011 through and including February 25, 2011.

3. The hearing on the Motion to Strike is continued from February 18, 2011 at 9:00 a.m. to March 18, 2011 at 9:00 a.m.

4. The date by which Plaintiffs must file their Opposition to the Motion to Strike is continued from January 28, 2011 through and including February 25, 2011.

5. The date by which Defendants must file their Reply in support of the Motion to Strike is continued from February 4, 2011 through and including March 4, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   January 3, 2011



The Honorable Maxine M. Chesney
United States District Judge

LA 51351009