IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>   ALL CASES<br>_____/ | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION REGARDING FILING OF DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFFS** |

      Before the Court is plaintiffs' Administrative Motion Pursuant to Civil Local Rule 79-5 Regarding the Filing of Documents Under Seal, filed February 25, 2011, in which plaintiffs state that their Reply in Support of Plaintiffs' Motion for Class Certification ("Reply") and Exhibits 1 and 2 to the Declaration of Geoffrey Munroe in Support of Plaintiffs' Motion for Class Certification ("Munroe Declaration") include material defendants have designated as confidential.  Also before the Court is defendants' Response to plaintiffs' administrative motion.  Having read and considered the above-referenced filings, the Court rules as follows:

      1.  For the reasons stated by defendants, the Court finds the following portions of the Reply are properly filed under seal:  Page 1, lines 24-26; Page 2, lines 23-25; Page 3, lines 16-27; Page 7, lines 9-14 and lines 25-28; and Page 12, lines 13-14 and 27-28. Accordingly, to the extent the motion seeks leave to file under seal the unredacted version

1  of the Reply, the motion is hereby GRANTED.

2       2.  Defendant has not argued that Exhibits 1 and 2 to the Munroe Declaration include material properly filed under seal.  Accordingly, to the extent the motion seeks an order allowing plaintiffs to file such exhibits under seal, the motion is hereby DENIED.

       3.  No later than March 17, 2011, plaintiffs shall file in the public record (a) a redacted version of the Reply and (b) the unredacted version of the Munroe Declaration.

       4.  No later than March 17, 2011, plaintiffs shall file under seal the unredacted version of the Reply.  See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.").

**IT IS SO ORDERED.**

Dated:  March 11, 2011

_____
MAXINE M. CHESNEY
United States District Judge