IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>   ALL CASES<br>_____/ | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE ADDITIONAL INFORMATION AND DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

      Before the Court is plaintiffs' Request to File Additional Information Regarding Chase Solicitations, filed March 25, 2011; no opposition thereto has been filed.  Also before the Court is defendants' Administrative Motion for Leave to file Supplemental Brief and Declarations, filed March 25, 2011; no opposition thereto has been filed.
Having read and considered the above-referenced filings, the Court rules as follows:

      Because the above-referenced supplemental submissions may be of assistance with respect to the Court's determination of plaintiffs' motion for class certification, plaintiffs' request and defendants' motion are hereby GRANTED.

      The parties shall file their proposed supplemental briefs and exhibits no later than April 18, 2011.

      **IT IS SO ORDERED.**

Dated: April 13, 2011

                                                MAXINE M. CHESNEY
                                                United States District Judge