IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | MDL No. 2032<br>Case No. 3:09-md-2032 MMC<br>**ORDER DIRECTING PLAINTIFFS TO COMPLY WITH COURT'S NOVEMBER 5, 2010 ORDER** |

By order filed November 5, 2010, the Court directed plaintiffs to file under seal Exhibits 2-3, 6, and 8-20 to the Declaration of Eric H. Gibbs, and, by order filed November 10, 2010, directed plaintiffs to file under seal Exhibits 21-23 to said declaration. Thereafter, plaintiffs filed Exhibits 1-20 in the public record (see Document No. 121),[1] and filed under seal Exhibits 21-23 (see Document No. 122).

Plaintiffs are hereby DIRECTED to comply with the Court's November 5, 2010 order, no later than June 10, 2011, by (1) filing under seal Exhibits 2-3, 6, and 8-20 to the Gibbs Declaration, and (2) filing in the public record Exhibits 1, 4, 5, and 7 to said declaration.[2]

**IT IS SO ORDERED.**

Dated: June 3, 2011

MAXINE M. CHESNEY
United States District Judge

___

[1] Once the matter was brought to the attention of the Clerk's office, the Clerk blocked public access to Document No. 121.

[2] It is unnecessary for plaintiffs to refile Exhibits 21-23 under seal.