STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959

Attorneys for Defendants
  CHASE BANK USA, N.A. and
  CHASE ISSUANCE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No. 3:09-md-02032-MMC<br><br>[Assigned to the Hon. Maxine M. Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO SUBMIT PROPOSED FORM OF CLASS NOTICE AND PROPOSED DATE FOR FURTHER CASE MANAGEMENT CONFERENCE**<br><br> AND ORDER THEREON |

LA 51434356

1    WHEREAS, on May 13, 2011, the Court issued the Order Granting Plaintiffs' Motion to
2    Certify Class (the "Certification Order");

3    WHEREAS, the Certification Order directs the parties to submit, no later than July 1, 2011,
4    either a joint or separate proposed "form of notice to be mailed to the class and the proposed
5    manner of service thereof" (the "Class Notice"), and a proposed date to conduct a Further Case
6    Management Conference;

7    WHEREAS, the parties have been diligently meeting and conferring in good faith to try to
8    reach agreement on a joint proposed "Class Notice," and are continuing to work on certain issues to
9    that end;

10   WHEREAS, the parties agree that a short, one-week continuance of the date by which to
11   submit the proposed Class Notice and a proposed date to conduct a Further Case Management
12   Conference, from July 1, 2011 to July 8, 2011, will facilitate further discussions regarding a joint
13   proposed Class Notice;

14   WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order
15   changing time that would affect the date of an event or deadline already fixed by Court order;

16   WHEREAS, the parties previously requested the following extensions or modifications of
17   Court-ordered schedules in this matter: (A) Defendants' Motion for an Order Extending Time for
18   Defendants' Response to All Complaints and Resetting Case Management Conference, which was
19   filed on July 6, 2010 and granted on July 10, 2010; (B) a Joint Administrative Motion to Amend
20   Case Management Order, which was filed on March 12, 2010 and granted on March 17, 2010; (C)
21   a Joint Administrative Motion To Amend Schedule, which was filed on June 16, 2010 and granted
22   on June 21, 2010; (D) a Stipulation to Continue the Hearing on Plaintiffs' Motion to Compel
23   Production of Documents, which was filed on September 3, 2010 and granted on September 9,
24   2010; (E) Defendants' Motion for Administrative Relief from Hearing Date and Briefing Schedule
25   on Plaintiffs' Motion for Class Certification, which was filed October 27, 2010 and granted on
26   November 12, 2010; and (F) a Stipulation to Continue the Hearing and Briefing Schedule on
27   Plaintiffs' Motion for Class Certification and Defendants' Motion to Strike and Evidentiary
28

- 1 -

Stipulation And [Proposed] Order
Case No. 3:09-md-02032-MMC

LA 51434356

1  Objections to The Declaration of Adam J. Levitin, which was filed December 30, 2010 and granted
2  on January 3, 2011.
3         WHEREAS, this Stipulation is made in good faith and not for purposes of delay.
4         IT IS HEREBY STIPULATED, by and between the parties, through their respective
5  counsel of record, that:
6         The date by which to submit the proposed Class Notice and propose a date for a Further
7  Case Management Conference is continued from July 1, 2011 through and including July 8, 2011.
8         IT IS SO STIPULATED.

Dated:  June 30, 2011                     STROOCK & STROOCK & LAVAN LLP
                                          JULIA B. STRICKLAND
                                          STEPHEN J. NEWMAN
                                          DAVID W. MOON

                                          By:    */s/ Stephen J. Newman*
                                                     Stephen J. Newman

                                          Attorneys for Defendants

Dated:  June 30, 2011                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                          ELIZABETH J. CABRASER
                                          MICHAEL W. SOBOL
                                          ROGER N. HELLER


                                          By:    */s/ Roger N. Heller (signed with permission)*
                                                     Roger N. Heller

                                          Attorneys for Plaintiffs

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -

Stipulation And [Proposed] Order
Case No. 3:09-md-02032-MMC

LA 51434356

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The date by which to submit the proposed Class Notice and propose a date for a Further Case Management Conference is continued from July 1, 2011 through and including July 8, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 1, 2011



The Honorable Maxine M. Chesney
United States District Judge