IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION | MDL No. 2032<br>Case No. 3:09-md-2032 MMC |
| ──────────────────────────── | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO:<br>   ALL CASES<br>──────────────────────────/ | |

Pursuant to the parties' joint request, as contained in their Joint Memorandum Regarding Class Notice, filed July 8, 2011, a Case Management Conference is hereby scheduled for July 29, 2011, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than July 22, 2011.

**IT IS SO ORDERED.**

Dated:  July 19, 2011

                                                                      _____
                                                                      MAXINE M. CHESNEY
                                                                      United States District Judge