| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 83151)<br>Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>**LIEFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3336<br>Telephone:     (415) 956-1000<br>Facsimile:       (415) 956-1008<br><br>*Plaintiffs' Liaison Counsel* | Julia B. Strickland (State Bar No. 083013)<br>Stephen J. Newman (State Bar No. 181570)<br>A.R. Kachadoorian (State Bar No. 240601)<br>**STROOCK & STROOCK & LAVAN LLP**<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>Telephone:     (310) 556-5800<br>Facsimile:       (310) 556-5959<br><br>*Counsel for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>———————————————<br><br>THIS DOCUMENT APPLIES TO ALL ACTIONS | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC (JSC)<br><br>**[PROPOSED] ORDER DIRECTING**<br>**DISSEMINATION OF CLASS NOTICE**<br><br>Date:<br>Time:<br>Courtroom: Courtroom 7, 19th Floor<br>Hon. Maxine M. Chesney |

1    On May 13, 2011, the Court issued an Order Granting Plaintiffs' Motion to Certify
2    Class (Docket No. 172). Pursuant to Fed. R. Civ. P. 23(c)(2), notice must be directed to the
3    members of the certified Class. With direction from the Court, the parties have now agreed upon
4    forms of Class notice and a plan for disseminating notice to the Class. The Court finds that the
5    proposed forms of notice and notice dissemination plan are reasonable and appropriate, and
6    satisfy Fed. R. Civ. P. 23 and due process requirements, and thus hereby ORDERS as follows:

7    **Third-Party Notice Administrator**

8    1.   Class Notice shall be disseminated to the Class by a third-party Notice
9    Administrator. The Court hereby appoints The Garden City Group, Inc. ("GCG") to serve as
10   third-party Notice Administrator. GCG shall carry out the responsibilities of the third-party
11   Notice Administrator as set forth in this Order.

12   **Forms of Notice**

13   2.   The Court approves the forms of class notice attached hereto as Exhibit A
14   (summary notice) and Exhibit B (long-form notice for case website).

15   **Dissemination of Class Notice**

16   3.   By no later than November 11, 2011, Chase shall complete, and provide to
17   the third-party Notice Administrator, a Class List including the following information for each
18   Class member: name and last known mailing address. After receiving the Class List from Chase,
19   the Notice Administrator shall run all mailing addresses on the Class List through the U.S. Postal
20   Service's National Change of Address database and, by no later than November 30, 2011, send
21   the summary notice, substantially in the form attached hereto as Exhibit A, via United States mail
22   to Class members at their updated addresses.

23   4.   For all Class members for whom the mailed summary notice is returned
24   with forwarding address information, the third-party Notice Administrator shall re-mail summary
25   notice to the new address indicated.

26   **Case Website**

27   5.   The third-party Notice Administrator shall establish and maintain a case
28   website. Class members may obtain additional information about the case, the Class, and their

1  rights and options by accessing the case website.  The case website shall be operational by the
2  date the summary notice is sent to the Class.  The case website shall include a long-form notice,
3  substantially in the form attached hereto as Exhibit B.  The website shall also include links to the
4  following key documents from the case:  the Master Consolidated Complaint, Chase's Answer
5  thereto, the Court's Order Granting in Part and Denying in Part Chase's Motion to Dismiss
6  Plaintiffs' Claims, and the Court's Order certifying the Class.

### Opt-Out Rights for Class Members

8  6.  Class members shall be able to opt-out of the Class by submitting a timely
9  request for exclusion to the third-party Notice Administrator, pursuant to the instructions set forth
10  in the summary and long-form notices.  The opt-out deadline shall be the later of January 30,
11  2012 or 60 days after summary notice is mailed to the Class.

### Costs of Notice Distribution

13  7.  Plaintiffs shall be responsible for the third-party costs of notice.  Plaintiffs
14  shall not be responsible for any internal Chase costs associated with notice distribution, including
15  any costs associated with Chase's creation and delivery of the Class List.

18       IT IS SO ORDERED.

21  Dated: September 28, 2011

The Honorable Maxine M. Chesney
United States District Court Judge

24  928877.1