**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CHASE BANK USA, N.A., "CHECK LOAN" CONTRACT LITIGATION,

_____

THIS ORDER RELATES TO ALL CASES

_____

MDL No. 2032

Case No. M:09-CV-2032-MMC

ORDER RE: JOINT STATEMENT

Now pending before the Court is the parties' Joint Statement filed October 21, 2011 regarding the deposition of Gordon Smith. The Court will hear oral argument at 9:00 a.m. on November 3, 2011 in Courtroom F. Further, on or before October 27, 2011, each party shall submit copies of any deposition transcript excerpts or other documents referred to in the Joint Statement which the party wishes the Court to consider.

**IT IS SO ORDERED.**

Dated: October 21, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE