STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendants
 CHASE BANK USA, N.A. and
 CHASE ISSUANCE TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | MDL No. 2032 |
| | Case No. 3:09-md-02032-MMC (JSC) |
| THIS DOCUMENT RELATES TO ALL CASES | [Assigned to the Hon. Maxine M. Chesney] |
| | **[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' EX PARTE APPLICATION TO MODIFY PRETRIAL PREPARATION ORDER RE EXPERT WITNESS DESIGNATION AND DISCOVERY DATES** |

# [~~PROPOSED~~] ORDER

Defendants' <u>Ex</u> <u>Parte</u> Application to Modify Pretrial Preparation Order re Expert Designation and Discovery Dates (the "Application") was taken under submission by the above-captioned Court.  After full consideration of the Application and ~~other matters presented~~ plaintiffs' opposition thereto, IT IS HEREBY ORDERED that the Application is GRANTED in part and the expert designation and discovery dates are continued as follows:

| Event | Revised Date | |
|---|---|---|
| Initial expert designations | ~~February 25, 2012~~ | February 10, 2012 |
| Rebuttal expert designations | ~~March 29, 2012~~ | March 9, 2012 |
| Expert discovery cut-off | ~~April 27, 2012~~ | remains March 30, 2012 |

IT IS SO ORDERED.

DATED: December 5, 2011



The Honorable Maxine M. Chseney
United States District Judge

LA 51485519

- 1 -

Case No. 3:09-md-2032 MMC (JSC)
[PROPOSED] ORDER