IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION, | MDL No. 2032 |
| | Case No.: 3:09-md-2032 MMC (JSC) |
| | **ORDER RE: DISCOVERY DISPUTES HEARING** |
| THIS DOCUMENT RELATES TO: ALL CASES | |

Now pending before the Court are two discovery disputes. (Dkt. Nos. 210, 211.) The Court will conduct a hearing regarding both discovery disputes on Tuesday, February 7, 2012 at 3:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue in San Francisco. Any party may choose to appear by telephone and should make arrangements through Court Call at 1-888-882-6878. In addition, the parties should submit any evidence that they wish the Court to consider on or before this Friday, February 3, 2012.

**IT IS SO ORDERED.**

Dated: February 1, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE