IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION, <br> _____ <br> THIS DOCUMENT RELATES TO: <br>   ALL CASES | MDL No. 2032 <br> Case No.: 3:09-md-2032 MMC (JSC) <br> **ORDER RE: DISCOVERY DISPUTES HEARING** |

   Now pending before the Court are additional discovery disputes. (Dkt. Nos. 220, 221.) The Court will conduct a hearing regarding these discovery disputes on Wednesday, February 15, 2012 at 11:30 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue in San Francisco. Pursuant to the Court's standing order, the parties should submit any evidence that they wish the Court to consider on or before this Friday, February 10, 2012.

   **IT IS SO ORDERED.**

Dated: February 9, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE