1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11   IN RE: CHASE BANK USA, N.A.         MDL No. 2032

12   "CHECK LOAN" CONTRACT               Case No.: 3:09-md-2032 MMC (JSC)

13   LITIGATION,                         **ORDER RE: DISCOVERY DISPUTES**
                                         **(Dkt. Nos. 210, 211, 220, 221)**
14

15   _____

16   THIS DOCUMENT RELATES TO:

17          ALL CASES

18

19

20          This MDL matter arises from Defendant Chase Bank's decision to change the

21   minimum monthly payment for some of its credit card customers.  Now pending before the

22   Court are four discovery disputes.  (Dkt. Nos. 210, 211, 220, 221.)  After carefully

23   considering the written submission and evidence presented by the parties, and having had the

24   benefit of oral argument on February 15, 2012, and for the reasons stated in open court on

25   February 15, 2012, the Court rules as set forth below.

26          **1.  Redactions on relevance grounds (Dkt. No. 210)**

27          Defendant shall review its redactions made on relevance grounds in light of the

28   guidance given by the Court at oral argument.  See Beverage Distributors, Inc. v. Miller

*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1  Brewing Co., 2010 WL 1727640 *4-5 (S.D. Ohio 2010).  Upon review, Defendant shall re-

2  produce any documents to which it has removed all or some of the relevance redactions.  If

3  Defendant maintains that some of the redactions are still appropriate and necessary, the parties

4  must meet and confer in person to review each document and the redactions.  Should a

5  resolution not be reached as to any document, then the parties shall submit joint letter brief to

6  the Court in accordance with the Court's Standing Order.  The brief shall specifically address

7  each challenged document, and shall set forth each party's argument with respect to each

8  particular document.  At the same time the joint letter brief is submitted to the Court,

9  Defendant shall provide the Court with redacted and unredacted copies of the documents

10  addressed in the joint letter brief.  The documents shall be produced in the same order they are

11  addressed in the joint letter brief.  Any joint letter brief regarding relevance redactions must be

12  filed on or before March 2, 2012.

13  **2.  Additional Depositions of Jacobson and O'Donnell (Dkt. No. 211)**

14  The Court finds good cause for permitting Plaintiff to exceed the 10 deposition limit of

15  Federal Rule of Civil Procedure 30(a)(2)(A)(ii) and take the deposition of Ms.  Jacobson.

16  The Court also finds good cause for permitting Plaintiff to further depose Tom

17  O'Donnell.  The deposition shall be limited to questioning regarding those documents which

18  were produced after Mr. O'Donnell was previously deposed, as well as questions reasonably

19  related to those documents.

20  **3.  Attorney-Client Privilege Redactions**

21  The Court ruled on certain claims of attorney-client privilege at the February 15, 2012

22  hearing.  In light of those rulings, Defendant shall review the challenged documents and,

23  following that review, re-produce any documents to the extent Defendant concludes that

24  certain redactions should be removed.  To the extent Plaintiff wishes to continue to challenge

25  the assertion of the attorney-client privilege following this process, Plaintiff and Defendant

26  must meet in person and meet and confer as to each challenged document.  Should a

27  resolution not be reached as to any document, then the parties shall submit joint letter brief to

28  the Court in accordance with the Court's Standing Order.  The brief shall specifically address

1    each challenged document, and shall set forth each party's argument with respect to each

2    particular document.  At the same time the joint letter brief is submitted to the Court,

3    Defendant shall provide the Court with redacted and unredacted copies of the documents

4    addressed in the joint letter brief for the Court's *in camera* review. The documents shall be

5    produced in the same order they are addressed in the joint letter brief.  The joint letter brief

6    must be filed on or before March 2, 2012.

7    **4.  Further 30(b)(6) Deposition (Dkt. No. 221)**

8    The Court has reviewed the cases and deposition testimony cited by Plaintiff and finds

9    that a further 30(b)(6) deposition is not warranted.

10    **IT IS SO ORDERED.**

11    Dated:  February 16, 2012

12

13    _____
    JACQUELINE SCOTT CORLEY
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*

3