1   Elizabeth J. Cabraser (State Bar No. 83151)        Julia B. Strickland (State Bar No. 083013)
    Michael W. Sobol (State Bar No. 194857)            Stephen J. Newman (State Bar No. 181570)
2   Roger N. Heller (State Bar No. 215348)             A.R. Kachadoorian (State Bar No. 240601)
    **LIEFF, CABRASER, HEIMANN &**                     **STROOCK & STROOCK & LAVAN LLP**
3   **BERNSTEIN, LLP**                                 2029 Century Park East
    275 Battery Street, 30th Floor                     Los Angeles, CA  90067-3086
4   San Francisco, CA  94111-3336                      Telephone: 310-556-5800
    Telephone:     (415) 956-1000                      Facsimile: 310-556-5959
5   Facsimile:     (415) 956-1008                      Email: *lacalendar@stroock.com*

6   *Plaintiffs' Liaison Counsel*
                                                       *Counsel for Defendants*
7   [*Additional counsel listed on signature page*]

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12   IN RE: CHASE BANK USA, N.A. "CHECK          MDL No. 2032
     LOAN" CONTRACT LITIGATION
13                                               Case No. 3:09-md-2032 MMC (JSC)

14                                               **JOINT REPORT REGARDING MEET**
     THIS DOCUMENT RELATES TO:                   **AND CONFER**
15
          ALL CASES.                             Magistrate Judge Jacqueline Scott Corley
16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs in the above referenced action and Defendant Chase Bank USA, N.A. ("Chase")

2   respectfully submit this joint report regarding their meet and confer efforts directed by the Court

3   pursuant to its February 16, 2012 Order Re: Discovery Disputes (Docket No. 233) ("Order").

4       Pursuant to the Court's Order, Chase was directed to re-review certain documents redacted

5   on privilege and/or relevance grounds and to re-produce any documents to which it has removed,

6   after such re-review, all or some of such redactions; the parties were thereafter to meet and confer

7   in person regarding any redactions still in dispute; and, finally, the parties were to submit joint

8   letter brief(s) addressing any disputes remaining after their meet and confer.  The Court's Order

9   directed that any such joint letter brief(s) were to be filed on or before March 2, 2012.

10

11    The parties report that they have been working diligently on these issues, as well as other

12   issues in this case, and have made progress towards completing the re-review and meet and confer

13   process.  However, due to counsels' schedules and other obligations, the parties were not been able

14   to complete the re-review process or hold the ordered in-person meet and confer sufficiently early

15   to permit submission of any joint letter briefs that might be necessary by March 2, 2012, the date

16   ordered by the Court.  The parties are planning to hold an in-person meet and confer next week.

17

18    The parties will continue to work diligently and cooperatively on this issue, and are hopeful

19   that they can resolve any remaining disputes regarding these documents, through meet and confer,

20   without the need for further Court intervention.  To the extent they cannot do so, the parties will

21   submit joint letter brief(s), as directed by the Court, as soon as practicable following the meet and

22   confer, and respectfully ask the Court for relief from the March 2, 2012 submission deadline set

23   forth in the Order for the reasons set forth herein.

24

25   #

26   #

27

28

1  Respectfully submitted,

2  Dated:  March 2, 2012

3  By:  /s/ Roger N. Heller
   Elizabeth J. Cabraser
4  Michael W. Sobol
   Roger N. Heller
   **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3336
6  Telephone:    (415) 956-1000
   Facsimile:     (415) 956-1008
7

8  *Plaintiffs' Liaison Counsel*

9
   Dated:  March 2, 2012
10
   By:  /s/ Stephen J. Newman
   Julia B. Strickland
11 Stephen J. Newman
   A.R. Kachadoorian
12 **STROOCK & STROOCK & LAVAN LLP**
   2029 Century Park East
13 Los Angeles, CA  90067-3086
   Telephone:    (310) 556-5800
14 Facsimile:     (310) 556-5959

15 *Counsel for Defendants*

16 966283.1

17

18

19

20

21

22  Dated: 3/5/12

GRANTED

Jacqueline S. Corley

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

23

24

25

26

27

28