IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>    ALL CASES | MDL No. 2032<br>Case No.: 3:09-md-2032 MMC (JSC)<br>**ORDER RE: DISCOVERY DISPUTES** |

    Now pending before the Court are a number of discovery disputes. Since February 28, 2012, several motions to file under seal have been filed by Plaintiffs. (Dkt. Nos. 235, 241, 246.) Combined, the motions state that six joint statements and two separate statements by Plaintiffs have been lodged under seal so as to give Defendant an opportunity to submit a declaration establishing that the pleadings are sealable and a narrowly tailored proposed sealing order. Defendants have not responded. Accordingly, on or before March 20, 2012, Defendant shall file an appropriate response to the administrative motions which explains

which portions, if any, should be sealed.  Plaintiffs' reply, if any, shall be filed by March 23, 2012.

**IT IS SO ORDERED.**

Dated:  March 14, 2012

                                         _____
                                         JACQUELINE SCOTT CORLEY
                                         UNITED STATES MAGISTRATE JUDGE