STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
A. R. KACHADOORIAN (State Bar No. 240601)
CHRISTINE E. ELLICE (State Bar No. 276181)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A. and
  CHASE ISSUANCE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC (JSC)<br><br>[Assigned to the Hon. Jacqueline Scott Corley]<br><br>[~~PROPOSED~~] **ORDER REGARDING THE FILING OF DOCUMENTS UNDER SEAL** |

LA 51521279

# ORDER

The Administrative Motion to File Under Seal to Seal filed March 8, 2012 by Chase Bank USA, N.A. and Chase Issuance Trust (together, "Chase") was taken under submission by the above-captioned Court. After full consideration of the Administrative Motion and materials in support thereof, and other matters presented, IT IS HEREBY ORDERED that the ~~documents submitted in connection with Chase's Motion to Transfer Venue hereby are sealed. These~~ administrative motion is GRANTED, and Chase is DIRECTED to file under seal unredacted versions of Exhibits B- E, G, and H to the Declaration of Stephen Newman in Support of the Motion to Transfer. These materials constitute private financial and personal identifying information belonging to Plaintiffs and third-party witnesses.

IT IS SO ORDERED.

DATED: March 21, 2012



The Honorable Maxine M. Chesney
United States District Judge

LA 51521279

- 1 -

[PROPOSED] ORDER REGARDING
THE FILING OF DOCUMENTS UNDER SEAL
MDL No. 2032, Case No. 3:09-md-2032 MMC (JSC)