1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
3  A.R. KACHADOORIAN (State Bar No. 240601)
   CHRISTINE E. ELLICE (State Bar No. 276181)
4  2029 Century Park East
   Los Angeles, California  90067-3086
5  Telephone: 310-556-5800
   Facsimile:  310-556-5959
6
7  Attorneys for Defendants
     CHASE BANK USA, N.A. and
8    CHASE ISSUANCE TRUST

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
13  In re: Chase Bank USA, N.A. "Check Loan"   )  MDL No. 2032
    Contract Litigation                        )
14                                             )  Case No. 3:09-md-02032-MMC
                                               )
15  THIS DOCUMENT RELATES TO ALL               )  [Assigned to the Hon. Maxine M. Chesney]
    CASES                                      )
16                                             )  **STIPULATION AND [PROPOSED] ORDER TO ADVANCE FURTHER STATUS CONFERENCE** ; ORDER ADVANCING
                                               )
17                                             )  STATUS CONFERENCE TO APRIL 27, 2012
                                               )
18
19
20
21
22
23
24
25
26
27
28

LA 51521556

1    WHEREAS, a further Status Conference currently is scheduled for May 4, 2012, at 10:30
2 a.m. in the above-entitled Court;

3    WHEREAS, counsel for Chase have conflicting commitments in Chicago, Illinois, on May
4 4, 2012;

5    WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order
6 changing time that would affect the date of an event or deadline already fixed by Court order;

7    WHEREAS, the parties previously requested the following extensions or modifications of
8 Court-ordered schedules in this matter:  (A) Defendants' Motion for an Order Extending Time for
9 Defendants' Response to All Complaints and Resetting Case Management Conference, which was
10 filed on July 6, 2010 and granted on July 10, 2010; (B) a Joint Administrative Motion to Amend
11 Case Management Order, which was filed on March 12, 2010 and granted on March 17, 2010; (C)
12 a Joint Administrative Motion To Amend Schedule, which was filed on June 16, 2010 and granted
13 on June 21, 2010; (D) a Stipulation to Continue the Hearing on Plaintiffs' Motion to Compel
14 Production of Documents, which was filed on September 3, 2010 and granted on September 9,
15 2010; (E) Defendants' Motion for Administrative Relief from Hearing Date and Briefing Schedule
16 on Plaintiffs' Motion for Class Certification, which was filed October 27, 2010 and granted on
17 November 12, 2010; (F) a Stipulation to Continue the Hearing and Briefing Schedule on Plaintiffs'
18 Motion for Class Certification and Defendants' Motion to Strike and Evidentiary Objections to The
19 Declaration of Adam J. Levitin, which was filed December 30, 2010 and granted on January 3,
20 2011; (G) the Stipulation And [Proposed] Order To Continue Date To Submit Proposed Form Of
21 Class Notice And Proposed Date For Further Case Management Conference, which was filed on
22 June 30, 2011 and granted on July 1, 2011; and (H) Defendants' Ex Parte Application to Modify
23 Pretrial Preparation Order re Expert Witness Designation and Discovery Dates, which was filed on
24 November 22, 2011 and granted on December 5, 2012.

25    WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

26    IT IS HEREBY STIPULATED, by and between the parties, through their respective
27 counsel of record, that:

28

The Further Status Conference currently scheduled for May 4, 2012, is advanced to April 13, 2012.

IT IS SO STIPULATED.

Dated:  March 15, 2012          STROOCK & STROOCK & LAVAN LLP
                                JULIA B. STRICKLAND
                                STEPHEN J. NEWMAN
                                A.R. KACHADOORIAN
                                CHRISTINE E. ELLICE


                                By:  _____/s/ Stephen J. Newman_____
                                            Stephen J. Newman

                                Attorneys for Defendants


Dated:  March 15, 2012          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                ELIZABETH J. CABRASER
                                MICHAEL W. SOBOL
                                ROGER N. HELLER


                                By:  _____/s/ Roger N. Heller_____
                                            Roger N. Heller

                                Attorneys for Plaintiffs

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The ~~Case Management~~ Further Status Conference currently scheduled for May 4, 2012, is advanced to April ~~13, 2012~~ 27, 2012.  A Joint Status Conference Statement shall be filed no later than April 20, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 26, 2012



_____
The Honorable Maxine M. Chesney
United States District Judge