IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION | MDL No. 2032<br><br>Case No.: 3:09-md-2032 (JSC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

Now pending before the Court is Chase's administrative motion to file portions of the parties' joint statements under seal. (Dkt. No. 252.) Having reviewed the motion as well as Plaintiffs' opposition (Dkt. No. 256), the Court GRANTS Chase's motion. However, on or before Friday, March 30, 2012, Chase shall file in the public docket the relevant separate and joint statements redacted consistent with Chase's administrative motion.

This Order disposes of Docket Nos. 235, 241, 246, 250 and 252.

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE