IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br>THIS DOCUMENT RELATES TO:<br>    ALL CASES | MDL No. 2032<br><br>Case No.: 3:09-md-2032 MMC (JSC)<br><br>**ORDER RE: FILING JOINT STATEMENTS AND EXHIBITS UNDER SEAL** |

Now pending before the Court are several discovery disputes. The Court granted Defendant's motions to file certain portions of the parties' joint statements and attached exhibits under seal. (Dkt. No. 261.) However, Defendant has not done so in compliance with the Northern District's General Order Number 62. Accordingly, Defendant shall comply with General Order Number 62(5) within five business days of the filing of this Order. For further instructions on e-filing documents under seal please see ttps://ecf.cand.uscourts.gov/cand/faq/under_seal.htm.

In addition, the Court's Order granting Defendant permission to file documents under seal ordered that Defendant file in the public record redacted versions of the joint statements consistent with Defendant's administrative motion which identified those portions of the joint statements and attached exhibits which it contends contain confidential information. Defendant filed redacted versions of the joint statements (Dkt. No. 264), but did not include any of the exhibits, redacted or otherwise. Accordingly, within five business days of the date of this Order Defendant shall file anew the redacted joint statements with attached exhibits consistent with its representations in its administrative motion.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE