United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>    ALL CASES | MDL No. 2032<br><br>Case No.: 3:09-md-2032 MMC (JSC)<br><br>**ORDER RE: RELEVANCE REDACTIONS (Dkt. No. 210)** |

By Order filed February 16, 2012, the Court ordered Defendant to review and reconsider its redactions made on grounds of relevancy. (Dkt. Nos. 210, 233.) The Court also ordered the parties to submit an additional joint statement addressing any further disputes following Defendant's re-review of its redactions. Such joint statement was to be filed on or before March 2, 2012. (Dkt. No. 233.) On that date the parties asked for relief from the March 2, 2012 deadline on the ground that they needed more time for their meet and confer efforts and to resolve any disputes. (Dkt. No. 237.) The Court granted the relief sought. As of the date of this Order--more than a month later--no joint statement has been filed.

Accordingly, if any dispute remains, the parties' joint statement addressing each specific document at issue must be filed on or before Friday, April 13, 2012.

**IT IS SO ORDERED.**

Dated: April 5, 2012

										_____
										JACQUELINE SCOTT CORLEY
										UNITED STATES MAGISTRATE JUDGE