STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
A.R. KACHADOORIAN (State Bar No. 240601)
CHRISTINE E. ELLICE (State Bar No. 276181)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959

Attorneys for Defendants
  CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2032<br><br>Case No. 3:09-md-02032-MMC (JSC)<br><br>[Assigned to the Hon. Jacqueline Scott Corley]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DATE BY WHICH TO FILE FURTHER JOINT STATEMENTS** |

1  WHEREAS, on April 4, 2012, the Court ordered the parties to meet and confer regarding the parties' disputes concerning: (1) account and transaction level data regarding non-life of loan balances; (2) account and transaction level data from before 2007; and (3) the timing and method of production of customer complaint records, and how to limit the burden of their production.

WHEREAS, on April 9, 2012, counsel for Defendants, Stephen J. Newman, and counsel for Plaintiffs, Roger Heller, met and conferred in person in New York regarding the foregoing issues and have made progress toward resolving them;

WHEREAS, to proceed further with the meet and confer process, the counsel for the parties must consult with their respective clients and co-counsel;

WHEREAS, the parties are scheduled to meet again in person on April 13, 2012;

WHEREAS, to allow sufficient time to complete the meet and confer process, the parties agree that a brief extension of the date by which to file any further joint statements regarding these issues, from April 18, 2012 through and including April 23, 2012, is appropriate;

WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order changing time that would affect the date of an event or deadline already fixed by Court order;

WHEREAS, the parties previously requested the following extensions or modifications of Court-ordered schedules in this matter: (1) Defendants' Motion for an Order Extending Time for Defendants' Response to All Complaints and Resetting Case Management Conference, which was filed on July 6, 2010 and granted on July 10, 2010; (2) a Joint Administrative Motion to Amend Case Management Order, which was filed on March 12, 2010 and granted on March 17, 2010; (3) a Joint Administrative Motion To Amend Schedule, which was filed on June 16, 2010 and granted on June 21, 2010; (4) a Stipulation to Continue the Hearing on Plaintiffs' Motion to Compel Production of Documents, which was filed on September 3, 2010 and granted on September 9, 2010; (5) Defendants' Motion for Administrative Relief from Hearing Date and Briefing Schedule on Plaintiffs' Motion for Class Certification, which was filed October 27, 2010 and granted on November 12, 2010; (6) a Stipulation to Continue the Hearing and Briefing Schedule on Plaintiffs' Motion for Class Certification and Defendants' Motion to Strike and Evidentiary Objections to The

Declaration of Adam J. Levitin, which was filed December 30, 2010 and granted on January 3, 2011; (7) the Stipulation And [Proposed] Order To Continue Date To Submit Proposed Form Of Class Notice And Proposed Date For Further Case Management Conference, which was filed on June 30, 2011 and granted on July 1, 2011; (8) Defendants' Ex Parte Application to Modify Pretrial Preparation Order re Expert Witness Designation and Discovery Dates, which was filed on November 22, 2011 and granted on December 5, 2012; and (9) the Stipulation to Advance Further Status Conference, which was filed on March 15, 2012 and granted on March 26, 2012.

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

The date by which the parties must file any further joint statements regarding: (1) account and transaction level data regarding non-life of loan balances; (2) account and transaction level data from before 2007; and (3) the timing and method of production of customer complaint records, and how to limit the burden of their production, is extended from April 18, 2012 through and including April 23, 2012.

IT IS SO STIPULATED.

Dated: April 12, 2012

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
A.R. KACHADOORIAN
CHRISTINE E. ELLICE

By: */s/ Stephen J. Newman*
      Stephen J. Newman

Attorneys for Defendant

LA 51532128

- 2 -

STIPULATION AND [PROPOSED] ORDER
MDL No. 2032, Case No. 3:09-md-02032-MMC (JSC)

| | | |
|---|---|---|
| 1 | Dated: April 12, 2012 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | ELIZABETH J. CABRASER |
| | | MICHAEL W. SOBOL |
| 3 | | ROGER N. HELLER |

By:    */s/ Roger N. Heller (with permission)*
                    Roger N. Heller

Attorneys for Plaintiffs

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51532128

- 3 -

STIPULATION AND [PROPOSED] ORDER
MDL No. 2032, Case No. 3:09-md-02032-MMC (JSC)

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The date by which the parties must file any further joint statements regarding: (1) account and transaction level data regarding non-life of loan balances; (2) account and transaction level data from before 2007; and (3) the timing and method of production of customer complaint records, and how to limit the burden of their production, is extended from April 18, 2012 through and including April 23, 2012

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 13, 2012

_____
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

LA 51532128                                  - 4 -

STIPULATION AND [~~PROPOSED~~] ORDER
MDL No. 2032, Case No. 3:09-md-02032-MMC (JSC)