**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION

THIS DOCUMENT RELATES TO:
    ALL CASES
_____/

MDL No. 2032

Case No. 3:09-md-2032 MMC

**ORDER DIRECTING DEFENDANTS TO SUPPLEMENT ADMINISTRATIVE MOTION TO FILE UNDER SEAL; SETTING DEADLINE TO FILE OPPOSITION**

On April 13, 2012, defendants filed an Administrative Motion To File Under Seal ("Administrative Motion").

By said motion, defendants seek, <u>inter</u> <u>alia</u>, leave to file under seal twenty-two exhibits offered in support of defendants' motion for summary judgment and twenty-one exhibits offered in support of defendants' motion to decertify the class. According to defendants, the Court, in connection with prior motions to file documents under seal, has directed that some of the above-referenced exhibits be filed under seal. With one exception (<u>see</u> Administrative Motion at 5:17-18), however, defendants have not identified such exhibits.

Accordingly, defendants are hereby DIRECTED to file, no later than April 23, 2012, a supplement to the Administrative Motion, identifying therein the exhibits, or portions thereof, previously ordered filed under seal, the exhibit number under which any such

document previously was so filed, and the docket number of the order authorizing the prior sealing.

Further, plaintiffs having advised the Court they intend to oppose in part the Administrative Motion (see Document No. 291), the Court hereby DIRECTS plaintiffs to file any opposition no later than four court days from the date on which defendants file the above-referenced supplement.

**IT IS SO ORDERED.**

Dated: April 18, 2012

MAXINE M. CHESNEY
United States District Judge

2