| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 083013)<br>STEPHEN J. NEWMAN (State Bar No. 181570) |
| 3 | A.R. KACHADOORIAN (State Bar No. 240601)<br>CHRISTINE E. ELLICE (State Bar No. 276181) |
| 4 | 2029 Century Park East<br>Los Angeles, California  90067-3086 |
| 5 | Telephone: 310-556-5800<br>Facsimile:  310-556-5959 |
| 6 | Attorneys for Defendant |
| 7 |   CHASE BANK USA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | ) MDL No. 2032<br>)<br>) Case No. 3:09-md-02032-MMC (JSC)<br>) |
| THIS DOCUMENT RELATES TO ALL CASES | ) [Assigned to the Hon. Maxine M. Chesney]<br>)<br>) **STIPULATION AND [PROPOSED] ORDER**<br>) **AMENDING BRIEFING SCHEDULE AND**<br>) **CONTINUING HEARING DATE**<br>)<br>) |

LA 51534534

1  WHEREAS, the Motion for Summary Judgment and Motion to Decertify Class of
2  defendant Chase Bank USA, N.A. ("Chase") and the Motion for Partial Summary Judgment of
3  Plaintiffs currently are pending;

4  WHEREAS, Plaintiffs' Opposition to Chase's Motion for Summary Judgment and Motion
5  to Decertify Class currently are due on April 27, 2012, and Chase's Opposition to Plaintiffs'
6  Motion for Partial Summary Judgment currently is due on April 27, 2012;

7  WHEREAS, Plaintiffs' Reply in support of their Motion for Partial Summary Judgment
8  currently is due on May 4, 2012 and Chase's Replies in support of its Motion for Summary
9  Judgment and Motion to Decertify Class currently are due on May 4, 2012;

10  WHEREAS, the hearing on all motions currently is scheduled for May 18, 2012;

11  WHEREAS, to allow the parties sufficient time to prepare their Opposition and Reply
12  papers, and because Chase's counsel are unavailable on May 3 and May 4, 2012, the parties agree
13  that a brief continuance of the foregoing dates is appropriate;

14  WHEREAS, this agreement to a continuance is conditioned upon the assumption that the
15  continuance would not postpone the current trial date, and Plaintiffs withdraw their consent if the
16  continuance would cause a postponement of the trial date;

17  WHEREAS, this agreement is without prejudice to either party seeking alternate relief from
18  the current briefing schedule;

19  WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order
20  changing time that would affect the date of an event or deadline already fixed by Court order;

21  WHEREAS, the parties previously requested the following extensions or modifications of
22  Court-ordered schedules in this matter:  (1) Defendants' Motion for an Order Extending Time for
23  Defendants' Response to All Complaints and Resetting Case Management Conference, which was
24  filed on July 6, 2010 and granted on July 10, 2010; (2) a Joint Administrative Motion to Amend
25  Case Management Order, which was filed on March 12, 2010 and granted on March 17, 2010; (3) a
26  Joint Administrative Motion To Amend Schedule, which was filed on June 16, 2010 and granted
27  on June 21, 2010; (4) a Stipulation to Continue the Hearing on Plaintiffs' Motion to Compel
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1   Production of Documents, which was filed on September 3, 2010 and granted on September 9,

2   2010; (5) Defendants' Motion for Administrative Relief from Hearing Date and Briefing Schedule

3   on Plaintiffs' Motion for Class Certification, which was filed October 27, 2010 and granted on

4   November 12, 2010; (6) a Stipulation to Continue the Hearing and Briefing Schedule on Plaintiffs'

5   Motion for Class Certification and Defendants' Motion to Strike and Evidentiary Objections to The

6   Declaration of Adam J. Levitin, which was filed December 30, 2010 and granted on January 3,

7   2011; (7) the Stipulation And [Proposed] Order To Continue Date To Submit Proposed Form Of

8   Class Notice And Proposed Date For Further Case Management Conference, which was filed on

9   June 30, 2011 and granted on July 1, 2011; (8) Defendants' Ex Parte Application to Modify Pretrial

10  Preparation Order re Expert Witness Designation and Discovery Dates, which was filed on

11  November 22, 2011 and granted on December 5, 2012; (9) the Stipulation to Advance Further

12  Status Conference, which was filed on March 15, 2012 and granted on March 26, 2012; and (10)

13  Stipulation Extending Dates to File Further Joint Statements, which was filed on April 12, 2012

14  and granted on April 13, 2012;

15      WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

16      IT IS HEREBY STIPULATED, by and between the parties, through their respective

17  counsel of record, subject to the conditions set forth herein, that:

18      The date by which Plaintiffs must file their Opposition to Chase's Motion to Decertify

19  Class is continued from April 27, 2012 through and including May 1, 2012.

20      The date by which Plaintiffs must file their Opposition to Chase's Motion for Summary

21  Judgment is continued from April 27, 2012 through and including May 3, 2012.

22      The date by which Chase must file its opposition to Plaintiffs' Motion for Partial Summary

23  Judgment is continued from April 27, 2012 though and including May 1, 2012.

24      The date by which the parties must file their Replies in support of their respective motions

25  is continued from May 4, 2012 through and including May 11, 2012.

26  / / /

27  / / /

28

LA 51534534                              - 2 -
                                                                STIPULATION AND [PROPOSED] ORDER
                                                                MDL No. 2032, Case No. 3:09-md-02032-MMC (JSC)

1  The hearing on the parties' motions is continued from May 18, 2012 at 9:00 a.m. to
2  May 25, 2012 at 9:00 a.m.
3  IT IS SO STIPULATED.

Dated: April 20, 2012

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
ALEXANDRIA KACHADOORIAN
CHRISTINE E. ELLICE

By: */s/ Stephen J. Newman*
 Stephen J. Newman

Attorneys for Defendant
  CHASE BANK USA, N.A.

Dated: April 20, 2012

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
MICHAEL W. SOBOL
ROGER N. HELLER

By: */s/ Roger N. Heller (with permission)*
 Roger N. Heller

Attorneys for Plaintiffs

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The date by which Plaintiffs must file their Opposition to Chase's Motion to Decertify Class is continued from April 27, 2012 through and including May 1, 2012.

The date by which Plaintiffs must file their Opposition to Chase's Motion for Summary Judgment is continued from April 27, 2012 through and including May 3, 2012.

The date by which Chase must file its opposition to Plaintiffs' Motion for Partial Summary Judgment is continued from April 27, 2012 though and including May 1, 2012.

The date by which the parties must file their Replies in support of their respective motions is continued from May 4, 2012 through and including May 11, 2012.

The hearing on the parties' motions is continued from May 18, 2012 at 9:00 a.m. to May 25, 2012 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   April 24, 2012



The Honorable Maxine M. Chesney
United States District Judge

LA 51534534

- 4 -

STIPULATION AND [PROPOSED] ORDER
MDL No. 2032, Case No. 3:09-md-02032-MMC (JSC)