IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE CHASE BANK USA, N.A. "CHECK LOAN' CONTRACT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2032<br><br>Case No.: 3:09-md-2032 MMC (JSC)<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL STATEMENT REGARDING DISCOVERY DISPUTES (Dkt. No. 287)** |
|---|---|

The discovery cutoff in this case was March 2, 2012. (See Dkt. No. 200.) Following oral argument on February 15, 2012, the Court ruled that "[a]ny joint letter brief regarding relevance redactions must be filed on or before March 2, 2012." (Dkt. No. 233, p. 2.) On that date, the parties asked for relief from the March 2, 2012 deadline on the ground that they needed more time for their meet and confer efforts and to resolve any discovery disputes. (Dkt. No. 237.) The Court granted the relief sought. More than a month later, no joint statement had been filed. Therefore, on April 5, 2012, the Court issued an order requiring the parties to file any joint statement concerning relevance redactions by April 13, 2012. (Dkt. No. 268.)

On April 13, 2012, the parties' joint statement regarding relevance redactions was submitted and lodged under seal. On the same date, Plaintiffs filed an administrative motion

to file the statement under seal.  The motion stated that the joint statement was lodged under seal "to give Defendant an opportunity to submit (1) a declaration establishing that the pleadings are sealable and (2) a narrowly tailored proposed sealing order." (Dkt. No. 287, p. 1.)  However, as of the date of this Order, Defendant has not filed any such declaration or proposed order.  If Defendant contends that any part of the joint statement should be filed under seal, it must submit any supporting papers on or before Friday, April 27, 2012.  Plaintiffs' response, if any, shall be filed on or before Wednesday, May 2, 2012.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE