IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION<br><br>_____<br>THIS DOCUMENT RELATES TO:<br>　　ALL CASES | MDL No. 2032<br><br>Case No.: 3:09-md-2032 MMC (JSC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN PART (Dkt. No. 288)** |

　　　　Now pending before the Court is Defendant's administrative motion to file portions of the parties' joint statement regarding a discovery dispute concerning relevance redactions and the exhibits thereto under seal. (Dkt. Nos. 287 & 288.) The motion also seeks to have portions of Defendant's Motion for Summary Judgment and Decertification and the exhibits thereto filed under seal. Plaintiffs filed an opposition to Defendant's sealing motion only as to the request for sealing of the motions for summary judgment and decertification. Having reviewed the parties' filings, the Court GRANTS Chase's unopposed motion in part only as to the joint statement regarding discovery dispute and the exhibits thereto. On or before

Monday, May 7, 2012, Chase shall electronically file the joint statement and exhibits thereto under seal.

This Order disposes of Docket No. 287.

**IT IS SO ORDERED.**

Dated: May 3, 2012

                                           _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE