STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
A. R. KACHADOORIAN (State Bar No. 240601)
CHRISTINE E. ELLICE (State Bar No. 276181)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC (JSC)<br><br>[Assigned to the Hon. Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br> **AND DIRECTIONS TO CHASE** |

LA 51538331

**ORDER**

The Administrative Motion to File a Reply in Support of the Administrative Motion to File Under Seal filed May 4, 2012 by Chase Bank USA, N.A. ("Chase") was taken under submission by the above-captioned Court. After full consideration of the Motion and materials in support thereof, and other matters presented. IT IS HEREBY ORDERED that Chase's Motion ~~is granted and the~~ to File a Reply is granted and Chase shall file said Reply no later than May 11, 2012. ~~Reply attached to the Motion as Exhibit A shall be filed on the Court's docket.~~

IT IS SO ORDERED.

DATED: May 10, 2012

The Honorable Maxine M. Chesney
United States District Judge

LA 51538331

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE REPLY
MDL No. 2032, Case No. 3:09-md-02032 MMC (JSC)