| | | |
|---|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 83151) | Julia B. Strickland (State Bar No. 083013) |
| 2 | Michael W. Sobol (State Bar No. 194857) | Stephen J. Newman (State Bar No. 181570) |
|   | Roger N. Heller (State Bar No. 215348) | A.R. Kachadoorian (State Bar No. 240601) |
| 3 | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** | Christine E. Ellice (State Bar No. 276181) |
|   |  | **STROOCK & STROOCK & LAVAN LLP** |
| 4 | 275 Battery Street, 29th Floor | 2029 Century Park East |
|   | San Francisco, CA 94111-3336 | Los Angeles, CA 90067-3086 |
| 5 | Telephone: (415) 956-1000 | Telephone: 310-556-5800 |
| 6 | Facsimile: (415) 956-1008 | Facsimile: 310-556-5959 |
|   |  | Email: *lacalendar@stroock.com* |

*Plaintiffs' Liaison Counsel*

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | MDL No. 2032 |
|  | Case No. 3:09-md-2032 MMC (JSC) |
|  | Hon. Maxine M. Chesney |
| THIS DOCUMENT APPLIES TO ALL ACTIONS | **[PROPOSED] ORDER SUSPENDING ALL EXISTING DEADLINES PENDING FILING OF SETTLEMENT AGREEMENT** |
|  | **DEEMING PENDING MOTIONS WITHDRAWN WITHOUT PREJUDICE; SETTING DEADLINE TO FILE JOINT STATUS REPORT** |

These matters come before the Court upon the Joint Notice of Settlement and Request for Suspension of Deadlines, filed by Plaintiffs and Defendant Chase Bank USA, N.A. ("Chase") (collectively, the "Parties").  The Parties advise the Court that on May 11, 2012, with the help of the Hon. Edward A. Infante (Ret.) of JAMS, the Parties reached an agreement in principle to resolve this litigation, and that their agreement will be memorialized in a comprehensive written Settlement Agreement, which the parties will file with the Court as part of a motion for preliminary approval.

Based on the foregoing, and good cause appearing, it is hereby ORDERED that all current deadlines in this matter-- including those deadlines set forth in the Amended Pretrial Preparation Order (Docket No. 313), and the hearing on the parties' pending Summary Judgment, Partial Summary Judgment, and Class Decertification motions, currently scheduled for May 25, 2012--are hereby suspended pending the filing of the proposed Settlement Agreement.

It is further ORDERED that the pending Summary Judgment, Partial Summary Judgment, and Class Decertification motions, as well as the pending motions to seal, are deemed WITHDRAWN, without prejudice to refiling in the event the Court does not grant final approval of the settlement.

It is further ORDERED that the parties shall file, no later than July 6, 2012, a Joint Status Report, said deadline to stand vacated without further order of the Court in the event the parties have filed, on or before July 6, 2012, a motion for preliminary approval.

Dated:  May 18, 2012

_____
The Honorable Maxine M. Chesney
United States District Court Judge

1038376.1

- 1 -   [PROPOSED] ORDER SUSPENDING ALL EXISTING DEADLINES PENDING FILING OF SETTLEMENT AGREEMENT