| | |
|---|---|
| Elizabeth J. Cabraser (State Bar No. 83151)<br>Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>**LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3336<br>Telephone:     (415) 956-1000<br>Facsimile:      (415) 956-1008<br><br>*Plaintiffs' Liaison Counsel* | Julia B. Strickland (State Bar No. 083013)<br>Stephen J. Newman (State Bar No. 181570)<br>A.R. Kachadoorian (State Bar No. 240601)<br>Christine E. Ellice (State Bar No. 276181)<br>**STROOCK & STROOCK & LAVAN LLP**<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>Telephone: 310-556-5800<br>Facsimile: 310-556-5959<br>Email: *lacalendar@stroock.com*<br><br>*Counsel for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation<br><br>————————————————<br><br>THIS DOCUMENT APPLIES TO ALL ACTIONS | MDL No. 2032<br><br>Case No. 3:09-md-2032 MMC (JSC)<br><br>Hon. Maxine M. Chesney<br><br>[~~PROPOSED~~] ORDER SETTING ~~PRELIMINNARY~~ APPROVAL HEARING  PRELIMINARY |

1    These matters come before the Court upon the Joint Status Report Regarding
2    Settlement and Request to Set Preliminary Approval Hearing, filed by Plaintiffs and Defendant
3    Chase Bank USA, N.A. ("Chase") (collectively, the "Parties").  The Parties previously advised
4    the Court (Docket No. 333) that they have reached an agreement in principle to resolve this
5    litigation, with the help of the Hon. Edward A. Infante (Ret.) of JAMS.  The Parties further advise
6    the Court that have been working diligently to memorialize their agreement in a written
7    Settlement Agreement and to prepare all necessary related papers, that they have made substantial
8    progress towards that end, and that they anticipate filing a motion for preliminary approval by
9    July 20, 2012.  The Parties request that the Court set July 20, 2012 as the date for the Parties to
10   move for preliminary approval, and set a hearing on such motion for August 3, 2012.
11   Based on the foregoing, and good cause appearing, it is hereby ORDERED that,
12   subject to further modification:
13   1.   The motion for preliminary settlement approval shall be filed by July 20, 2012.
14   2.   The motion for preliminary settlement approval shall be heard on August 3,
15   2012 at  9:00  a.m.
16
17   IT IS SO ORDERED.
18
19   Dated: July 10, 2012
20   The Honorable Maxine M. Chesney
     United States District Court Judge
21
22   1046411.1

- 1 -    [PROPOSED] ORDER SETTING PRELIMINARY APPROVAL HEARING