1  Elizabeth J. Cabraser (State Bar No. 83151)
   Michael W. Sobol (State Bar No. 194857)
2  Roger N. Heller (State Bar No. 215348)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3336
4  Telephone:     (415) 956-1000
   Facsimile:      (415) 956-1008
5
   *Plaintiffs' Liaison Counsel*
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | In Re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | MDL No. 2032 |
|---|---|---|
| 12 | | Case No. 3:09-md-02032 MMC (JSC) |
| 13 | | The Honorable Maxine M. Chesney |
| 14 | THIS DOCUMENT APPLIES TO ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE UNREDACTED DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT OBJECTIONS AND COMMENTS** |
| 18 | | **(Civil Local Rule 79-5)** |

19

20

21

22

23

24

25

26

27

28

1    TO ALL PARTIES AND COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs

3    will, and hereby do, move this Court for an Order sealing the unredacted Declaration of Jennifer

4    M. Keough Regarding Settlement Objections and Comments ("Keough Decl."), which was

5    lodged under seal on October 15, 2012.  This Motion is made on the grounds that compelling

6    reasons exist to seal the exhibits to the Keough Decl., which contain significant sensitive and

7    private information regarding members of the Class, including, but not limited to, account

8    numbers, credit card numbers, social security numbers, credit card statements, personal tax

9    returns and other personal tax information, personal credit information, telephone numbers,

10   personal medical information, and other sensitive financial and personal information entitled to

11   protection from public disclosure.

12         The Motion is based upon this Notice of Motion and the accompanying Declaration of

13   Roger N. Heller, and any further papers as may be filed in connection with this Motion and all

14   pleadings, files and records in this action.

Dated:  October 15, 2012                    Respectfully submitted,

                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


                                            By:  _____*/s/ Roger N. Heller*_____


                                            Elizabeth J. Cabraser
                                            Michael W. Sobol
                                            Roger N. Heller
                                            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                            275 Battery Street, 29th Floor
                                            San Francisco, CA  94111-3336
                                            Telephone: (415) 956-1000
                                            Facsimile: (415) 956-1008

                                            *Plaintiffs' Liaison Counsel*

1061572.1

PLAINTIFFS' ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 3:09-MD-02032 MMC (JSC)