IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION | MDL No. 2032<br>Case No. 3:09-md-2032 MMC |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT OBJECTIONS AND COMMENTS** |

Before the Court is plaintiffs' "Administrative Motion to File Under Seal Declaration of Jennifer M. Keough Regarding Settlement Objections and Comments," filed October 15, 2012. Having read and considered the motion, the Court rules as follows.

Because some of the objections and comments attached to the Declaration of Jennifer M. Keough contain financial account numbers, social security numbers, and similar identifying information, plaintiffs' motion to file the unredacted version of the Declaration of Jennifer M. Keough Regarding Settlement Objections and Comments is hereby GRANTED.

Plaintiffs are hereby DIRECTED to file under seal, no later than October 26, 2012, the unredacted version of said declaration.

Plaintiffs are further DIRECTED to file in the public record, no later than November

2, 2012, a redacted version of said declaration, e.g., a version in which plaintiffs, employing a reasonable method of redaction, have rendered illegible any financial and other personal identifying information contained in any exhibit attached thereto.

**IT IS SO ORDERED.**

Dated:  October 23, 2012

_____
MAXINE M. CHESNEY
United States District Judge