| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 83151) |
| 2 | Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348) |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor |
| 4 | San Francisco, CA  94111-3336<br>Telephone:      (415) 956-1000 |
| 5 | Facsimile:       (415) 956-1008 |

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | MDL No. 2032 |
| | Case No. 3:09-md-02032 MMC (JSC) |
| THIS DOCUMENT APPLIES TO ALL ACTIONS | The Honorable Maxine M. Chesney |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIFER M. KEOUGH AND SCHEDULE 1 OF PROPOSED FINAL APPROVAL ORDER** ; DIRECTIONS TO PLAINTIFFS |
| | **(Civil Local Rule 79-5)** |

Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennifer M. Keough Schedule 1 of Proposed Final Approval Order was filed on November 2, 2012, pursuant to Civil Local Rule 79-5. Upon consideration of the motion and the materials presented in support thereof, and good cause appearing, IT IS HERBY ORDERED that Exhibits C, D, and E to the Declaration of Jennifer M. Keough filed November 2, 2012, and Schedule 1 of Plaintiffs' Proposed Final Approval Order shall be ~~sealed.~~ filed under seal by plaintiffs no later than November 13, 2013.

Dated: November 6, 2012

The Honorable Maxine M. Chesney
United States District Court Judge

1064988.1

- 1 -

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 3:09-MD-02032 MMC (JSC)