1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  In Re: Chase Bank USA, N.A. "Check Loan"<br>12  Contract Litigation | MDL No. 2032 |
| 13  _____ | Case No. 3:09-md-02032 MMC (JSC)<br><br>[PROPOSED] JUDGMENT |
| 14  THIS DOCUMENT APPLIES TO ALL<br>15  ACTIONS | |

16

17          Judgment is hereby entered consistent with the Court's Final Approval Order and

18  Judgment.  This document constitutes a judgment and a separate document for purposes of Federal

19  Rule of Civil Procedure 58(a).

20          IT IS SO ORDERED.

21

22  Dated:  November 19, 2012

23                                        MAXINE M. CHESNEY
                                          United States District Judge
24
25
26
27
28