IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION  _____  THIS DOCUMENT RELATES TO:  ALL CASES  _____ / | MDL No. 2032  Case No. 3:09-md-2032 MMC  **ORDER DENYING MOTION FOR STAY PENDING APPEAL; EXTENDING DATE ON WHICH DAILY FINE ACCRUES** |

By order filed February 28, 2013, the Court found Daniel J. Herbison ("Herbison") in contempt of court for failing to comply with the Court's November 19, 2012 order, specifically, for failing to dismiss Herbison v. Chase Bank USA, N.A., a state court action presently pending in New Mexico. The Court's order of February 28, 2013 directed Herbison to pay to the Clerk of the Court a daily fine of $300.00, beginning March 11, 2013 and continuing to accrue until such date as Herbison has taken all necessary steps to dismiss the above-titled state court action.

Before the Court is Herbison's Motion for Stay Pending Appeal, filed March 5, 2013, by which Herbison seeks a stay of the order of February 28, 2013 pending an appeal. Having read and considered the motion, the Court hereby rules as follows.

The Court finds Herbison has failed to make "a strong showing that he is likely to

succeed on the merits" or "demonstrate a substantial case on the merits" of an appeal.[1] See Hilton v. Braunskill, 481 U.S. 770, 776 (1987) (setting forth showing party seeking stay pending appeal must make).  Accordingly, the motion for a stay is hereby DENIED.

In order to afford Herbison the opportunity to seek a stay from the Court of Appeals for the Ninth Circuit, however, the Court hereby EXTENDS the date on which the daily fine shall begin to accrue, specifically, from March 11, 2013 to March 22, 2013.

**IT IS SO ORDERED.**

Dated:  March 7, 2013                             /s/ Susan Illston
                                                  SUSAN ILLSTON for
                                                  MAXINE M. CHESNEY
                                                  United States District Judge

---

[1] To date, Herbison has not filed a notice of appeal with the Clerk of the Court.

2