STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
STEPHEN J. NEWMAN (State Bar No. 181570)
A. R. KACHADOORIAN (State Bar No. 240601)
CHRISTINE E. ELLICE (State Bar No. 276181)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation | MDL No. 2032 |
| | Case No. 3:09-md-2032 MMC (JSC) |
| THIS DOCUMENT RELATES TO ALL CASES | [Assigned to the Hon. Maxine M. Chesney] |
| | **STIPULATION AND [PROPOSED] ORDER DIRECTING DANIEL J. HERBISON TO PAY ATTORNEYS' FEES TO DEFENDANT CHASE BANK USA, N.A.** |

LA 51633040

STIPULATION AND [PROPOSED] ORDER DIRECTING DANIEL J. HERBISON
TO PAY ATTORNEYS' FEES TO DEFENDANT CHASE BANK USA, N.A.
MDL No. 2032, Case No. 3:09-md-2032 MMC (JSC)

## STIPULATION

WHEREAS, on February 28, 2013, this Court granted the Motion For An Order Holding Class Member And Related Action Plaintiff Daniel J. Herbison In Contempt (the "Contempt Motion") (Dkt. No. 389) filed by defendant Chase Bank USA, N.A.'s ("Chase") and issued an Order Granting Motion For Order Finding Daniel J. Herbison In Contempt; Denying Herbison's Motion To Quash; Directions To Parties (the "Order") (Dkt. No. 403); and

WHEREAS, the Order directed Chase to submit a brief and supporting declaration setting fort the fees and costs reasonably incurred in connection with the Contempt Motion; and

WHEREAS, Chase and Daniel J. Herbison ("Herbison") have met and conferred in good faith as to the amount of fees and costs that should be awarded to Chase pursuant to the Order; and

WHEREAS, to avoid further disputes about the appropriate amount of fees and costs, Chase and Herbison agree that this Court should enter an Order awarding Chase $10,000.00 in attorneys' fees and costs to be paid by Herbison (the "Fee and Cost Award"). This Fee and Cost Award shall be inclusive of all attorneys' fees and costs incurred by Chase through the date of this stipulation, including but not limited to the attorneys' fees and costs associated with the Contempt Motion; and

WHEREAS, Herbison reserves his right to appeal the Order and to appeal Chase's entitlement to fees as described in the Order, but Herbison waives his right to appeal the amount of the Fee and Cost Award.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Herbison (acting pro se) and Chase (through its counsel of record) that this Court shall forthwith enter an Order awarding Chase $10,000.00 in attorneys' fees.

**IT IS SO STIPULATED.**

Dated: March 15, 2013

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
ALEXANDRIA KACHADOORIAN
CHRISTINE E. ELLICE

By: *(signature)*
Stephen J. Newman

Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: March 15, 2013

DANIEL J. HERBISON

By: *(signature)*
Daniel J. Herbison

### ORDER

PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Chase Bank USA, N.A. shall have and recover $10,000.00 (TEN THOUSAND DOLLARS) in attorneys' fees from Daniel J. Herbison.

The Clerk shall enter this Order forthwith.

Dated: March 18, 2013

*(signature)*
The Honorable Maxine M. Chesney
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51633040

- 2 -

STIPULATION AND [PROPOSED] ORDER DIRECTING DANIEL J. HERBISON
TO PAY ATTORNEYS' FEES TO DEFENDANT CHASE BANK USA, N.A.
MDL No. 2032, Case No. 3:09-md-2032 MMC (JSC)