IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION | MDL No. 2032 |
| | Case No. 3:09-md-2032 MMC |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | **ORDER RE: FILING BY CLASS MEMBER; DIRECTIONS TO CLERK** |

The Court is in receipt of a document submitted by class member Danny R. Orr, dated June 11, 2013 and filed June 14, 2013, in which said party states he is "not willing to settle [his] claim in [the above-titled] matter for a check in the amount of $49.32," and with which he seeks to return the check he received in said amount.

Pursuant to the Court's order of August 9, 2012, any objection to the terms of the settlement as then proposed, and ultimately approved by order filed November 19, 2012,[1] was required to be postmarked no later than October 5, 2012. Consequently, the above-referenced objection, albeit duly noted, is untimely and, as such, without legal effect.

Accordingly, the Clerk is hereby DIRECTED to return the original of the subject check to Mr. Orr at the address listed thereon.

**IT IS SO ORDERED.**

Dated: June 20, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to the terms of the settlement, the order provides as follows: "[T]he Settlement shall be the exclusive remedy for any and all Released Claims of each . . . Class Member," and each Class Member is "permanently bar[red] and enjoin[ed] . . . from commencing, prosecuting, pursuing or continuing any and all Released Claims against any and all Released Parties." (See Order, filed November 19, 2012, ¶ 14.)